UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GILBERT MADORE, ET AL | : | |
|    Plaintiffs | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 3-02-cv-1519 (JCH) |
| | : | |
| TONY BONDI, ET AL | : | |
|    Defendants | : | DECEMBER 12, 2003 |

**REFERRAL TO MAGISTRATE JUDGE**

    This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purpose:

_____ All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

\_\_\_\_\_ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

\_\_\_\_\_ To supervise discovery and resolve discovery disputes (orefmisc./dscv)

_____ A ruling on the following motion which is currently pending (orefm.):

  \_√\_\_ A settlement conference (orefmisc./cnf)

**SO ORDERED.**

    Dated at Bridgeport, Connecticut this 12th day of December, 2003.


                                                      /s/ Janet C. Hall_____
                                                    Janet C. Hall
                                                    United States District Judge