UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Gilbert Madore | : | |
| | : | |
| v. | : | Civil No. 3:02cv1519(JCH) |
| | : | |
| Tony Bondi | : | |

## ORDER

On December 12, 2003, the Honorable Janet C. Hall referred the above captioned case to the Magistrate Judge.  Pursuant to L.R. 7(a)(1), all <u>original</u> documents are to be filed at the Seat of Court of the District Judge assigned to this case.  Counsel are directed to forward to chambers within <u>10 days</u> copies of the Complaint(s), Answer(s) and any Pleadings previously filed in this case which are <u>relevant to the referral</u>.  For the duration of this Magistrate Judge's involvement with this file, <u>courtesy copies</u> of all filings should be forwarded to her Chambers at 915 Lafayette Boulevard, Bridgeport, Connecticut 06604.

Dated at Bridgeport, Connecticut this   18th   day of December 2003.

_____/s/_____
Holly B. Fitzsimmons
U.S. Magistrate Judge