**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| GILBERT MADORE and SUZANNE MADORE | : | CIVIL ACTION NO. |
| VS. | : | 3:02CV01519 (JCH) |
| TONY BONDI, CYNTHIA WILLIAMS, TOWN OF HADDAM AND RAY BOGDAN | : | DECEMBER 31, 2003 |

## DEFENDANT RAY BOGDAN'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rules of Civil Procedure Rule 56 and District of Connecticut

Local Rule 56, the Defendant, Ray Bogdan, hereby moves this Court for summary judgment

as to the Plaintiffs' claims against him for the reason that there exists no genuine issue of fact

in dispute and Mr. Bogdan is entitled to judgment as a matter of law.  Specifically, the

Plaintiffs cannot and have not: (1) set forth any evidence to support their Title 42 § 1983

claim against Mr. Bogdan as a private party to demonstrate that Mr. Bogdan and officials

from the Town of Haddam acted "in concert," "with a mutual understanding," in a

"conspiracy," or pursuant to a "preconceived plan" to violate their constitutional rights; and

(2) set forth any evidence (a) that Bogdan engaged in conduct which rises to the requisite

level of "extreme and outrageous," (b) that any such conduct was intended to inflict severe

emotional distress, or (c) that any such conduct caused the Plaintiffs to actually suffer severe

**ORAL ARGUMENT IS NOT REQUESTED**

emotional distress.

The Local Rule 56 (a) (1) Statement, a supporting memorandum of law, exhibits, and an Affidavit are attached hereto.

DEFENDANT, RAY BOGDAN

BY _Keith R. Rudzik_
Keith R. Rudzik (ct 24007)
Thomas P. Cella (ct 04298)
Howard, Kohn, Sprague & FitzGerald
237 Buckingham Street
Hartford, CT 06106
(860) 525-3101
Juris No. 28160

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed postage prepaid on this 31st day of December, 2003, to:

Norman Pattis, Esq.
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

BY _Keith R. Rudzik_
Keith R. Rudzik

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed postage prepaid on this 31st day of December, 2003, to:

Norman Pattis, Esq.
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510


William J. Melley, III
Law Offices of William J. Melley, III
250 Hudson Street
Hartforc, CT 06106

BY _____
Keith R. Rudzik

HOWARD, KOHN SPRAGUE & FITZGERALD, LLP • ATTORNEYS-AT-LAW
237 BUCKINGHAM STREET • P.O. BOX 261798 • HARTFORD, CT 06126-1798 • (860) 525-3101 • JURIS NO. 28160