UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GILBERT MADORE and<br>SUZANNE MADORE | : | CIVIL ACTION NO. |
| VS. | : | 3:02CV01519 (JCH) |
| TONY BONDI, CYNTHIA WILLIAMS,<br>TOWN OF HADDAM AND RAY BOGDAN | : | DECEMBER 31, 2003 |

### DEFENDANT RAY BOGDAN'S LOCAL RULE 56 (a)(1) STATEMENT

The following is a statement of undisputed facts, construed in a light most favorable to the plaintiff, and offered solely for the purposes of the present Motion for Summary Judgment, pursuant to Local Rule 56 (a) (1). These statements are not offered as judicial admissions.

1. The Plaintiffs, Suzanne Madore and Gilbert Madore, reside at 109 Nason Road in Higganum, Connecticut. Plaintiffs' Complaint, at ¶ 3.

2. The Defendant, Ray Bogdan, was a private citizen who resides at 92 Nason Road in Higganum, Connecticut. *See* Affidavit of Ray Bogdan, dated December 31, 2003, at 2 (attached as Exhibit 1); Plaintiffs' Complaint, at ¶ 5.

3. At all relevant times, the Defendant Town of Haddam was a municipality in the State of Connecticut. Plaintiffs' Complaint, at ¶ 4.

4. At all relevant times, Defendant Cynthia Williams was the Zoning Enforcement

Officer of the Town of Haddam. Plaintiffs' Complaint, at ¶ 4.

5. At all relevant times, Defendant Tony Bondi was the First Selectman of the Town of Haddam. Plaintiffs' Complaint, at ¶ 4.

6. Ray Bogdan has made numerous complaints with the Town of Haddam concerning potential zoning and inland wetlands violations relating to the property at 109 Nason Road in Higganum, Connecticut. *See* Affidavit of Ray Bogdan, dated December 31, 2003, at 3; Transcript of Plaintiff Gilbert Madore's Deposition, at 40-41, 108-111 (attached as Exhibit 2); Transcript of Plaintiff Suzanne Madore's Deposition, at 14-15 (attached as Exhibit 3).

7. The Town of Haddam through Bondi and Williams responded to Bogdan's complaint as they saw appropriate and under their own direction and control. *See* Affidavit of Ray Bogdan, dated December 31, 2003, at 4; Transcript of Plaintiff Gilbert Madore's Deposition, at 40-41, 108-111; Transcript of Plaintiff Suzanne Madore's Deposition, at 14-15.

8. Ray Bogdan and the Town officials never conspired, acted jointly or in concert, plotted, agreed, or reached any mutual understanding concerning what, if anything, the Town would do in response to his complaints. *See* Transcript of Plaintiff Gilbert Madore's Deposition, at 40-41, 108-111; Transcript of Plaintiff Suzanne Madore's Deposition, at 14-15; Affidavit of Ray Bogdan, dated December 31, 2003, at 5.

9. Ray Bogdan and the Town officials never reached any sort of understanding or

agreement that the Town would enforce regulations against the Plaintiffs that were not enforced against similarly situated neighbors. *See* Affidavit of Ray Bogdan, dated December 31, 2003, at 4-9; Transcript of Plaintiff Gilbert Madore's Deposition, at 40-41, 108-111; Transcript of Plaintiff Suzanne Madore's Deposition, at 14-15.

10. On March 18, 2002, Bogdan was present at the public hearings for the Planning and Zoning Commission for the Town of Haddam. *See* Affidavit of Ray Bogdan, dated December 31, 2003, at 7; Plaintiffs' Complaint, at ¶ 14.

11. At that hearing, Bogdan complained to the Commission on behalf of Joyce Maynard, for whom he had a power of attorney, concerning a large construction project at 109 Nason Road in Higganum. *See* Affidavit of Ray Bogdan, dated December 31, 2003, at 8.

12. Bogdan reported that Ms. Maynard owned a brook which was being altered by the property owners of 109 Nason Road, that the Madores were flattening a portion of their property, that certain improvements were made by the Madores without permits, and that Mr. Madore was building a concrete retaining wall. *See* Affidavit of Ray Bogdan, dated December 31, 2003, at 8.

13. The Planning & Zoning Commission deferred Mr. Bogdan's complaint to Williams' discretion and judgment regarding any further investigation or enforcement action. *See* Affidavit of Ray Bogdan, dated December 31, 2003, at 9.

14. Mr. Bogdan photographed portions of the property of the Madores which he

believed depicted potential violations of zoning and/or inland wetlands regulations. *See* Affidavit of Ray Bogdan, dated December 31, 2003, at 10; *see* Transcript of Plaintiff Suzanne Madore's Deposition, at 21-22; Transcript of Plaintiff Gilbert Madore's Deposition, at 111-12.

15. Mr. Bogdan did not photograph the Madores children. *See* Affidavit of Ray Bogdan, dated December 31, 2003, at 11.

16. Mr. Bogdan did not stalk or harass the Plaintiffs. *See* Affidavit of Ray Bogdan, dated December 31, 2003, at 12; Transcript of Plaintiff Suzanne Madore's Deposition, at 21-22; Transcript of Plaintiff Gilbert Madore's Deposition, at 111-12.

17. Mr. Bogdan did not incite hatred of the Plaintiffs by others. *See* Affidavit of Ray Bogdan, dated December 31, 2003, at 13; Transcript of Plaintiff Suzanne Madore's Deposition, at 15-16.

18. Bogdan's conduct was not extreme or outrageous but rather a reasonable response to perceived violations of zoning and inland wetlands regulations. *See* Affidavit of Ray Bogdan, dated December 31, 2003, at 3, 7-13.

19. The Plaintiffs did not sustain severe emotional distress. *See* Interrogatory Responses of Suzanne Madore, Interrogatory No. 5 (attached as Exhibit 4; Transcript of Plaintiff Suzanne Madore's Deposition, at 13; Transcript of Plaintiff Gilbert Madore's Deposition, at 115.

DEFENDANT, RAY BOGDAN

BY *Keith R. Rudzik*
Keith R. Rudzik (ct 24007)
Thomas P. Cella (ct 04298)
Howard, Kohn, Sprague & FitzGerald
237 Buckingham Street
Hartford, CT 06106
(860) 525-3101
Juris No. 28160

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed postage prepaid on this 31st day of December, 2003, to:

Norman Pattis, Esq.
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510


William J. Melley, III
Law Offices of William J. Melley, III
250 Hudson Street
Hartforc, CT 06106

BY _____
Keith R. Rudzik

HOWARD, KOHN SPRAGUE & FITZGERALD, LLP • ATTORNEYS-AT-LAW
237 BUCKINGHAM STREET • P.O. BOX 261798 • HARTFORD, CT 06126-1798 • (860) 525-3101 • JURIS NO. 28160

# Exhibit 1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GILBERT MADORE and<br>SUZANNE MADORE | : | CIVIL ACTION NO. |
| VS. | : | 3:02CV01519 (JCH) |
| TONY BONDI, CYNTHIA WILLIAMS,<br>TOWN OF HADDAM AND RAY BOGDAN | : | DECEMBER 31, 2003 |

### AFFIDAVIT OF RAY BOGDAN

I, Ray Bogdan, being duly sworn, depose and say that:

1. I am over 18 years of age and believe in the obligations of an oath. The following statements are true and accurate to the best of my ability and are derived from personal knowledge.

2. I reside at 92 Nason Road in Higganum, Connecticut.

3. I have made complaints with the Town of Haddam and the DEP concerning potential zoning and inland wetlands violations relating to the property at 109 Nason Road in Higganum, Connecticut.

4. Officials from the Town of Haddam responded to my complaints as they saw appropriate and under their own direction and control.

5. I never conspired, acted jointly or in concert, plotted, agreed, or reached any understanding with any Town officials or employees concerning what, if anything, the Town would do in response to my complaints. I had no idea how they would respond nor what steps, if any, they would take in investigating my complaints or whether they would take any enforcement action, if necessary.

6.    Town officials and I never reached any sort of understanding or agreement that the Town would enforce regulations against the Madores that were not enforced against similarly situated neighbors.

7.    On March 18, 2002, I was present at the public hearings for the Planning and Zoning Commission for the Town of Haddam.

8.    At that hearing, I voiced a complaint on behalf of Joyce Maynard, for whom I have a power of attorney, relating to various construction activities by the property owners at 109 Nason Road.

9.    The Planning & Zoning Commission deferred my complaint to the Town's Zoning Enforcement Officer Cynthia Williams' discretion and judgment regarding any further investigation or enforcement action.

10.    Prior to that hearing, I photographed portions of the property at 109 Nason Road which I believed depicted potential violations of zoning and/or inland wetlands regulations.

11.    I have never photographed the Madores children.

12.    I have never followed, stalked, or harassed the Madores.

13.    I have never incited hatred of the Madores by others.

Ray Bogdan

STATE OF CONNECTICUT  )
                              ) ss: Hartford    December 31st, 2003
COUNTY OF HARTFORD  )

Personally appeared Ray Bogdan who made oath to the truth of the matters contained in the above statement.

Commissioner of the Superior Court

HOWARD, KOHN SPRAGUE & FITZGERALD, LLP • ATTORNEYS-AT-LAW
237 BUCKINGHAM STREET • P.O. BOX 261798 • HARTFORD, CT 06126-1798 • (860) 525-3101 • JURIS NO. 28160