57

1  Q    And how do you know you lost it?
2  A    Because the guy went to this meeting when Ray Bogdan
3  showed up late at the meeting, wasn't on the agenda. Number
4  one, to speak at this town meeting you got to be on the
5  agenda. Okay? You go down, file your written complaints.
6  Then they tell you Mr. Madore is going to be aware of him
7  being brought up on these charges or whatever, and then you
8  go to the town, this meeting, and then it's brought up. You
9  just don't show up at a meeting rambling.
10 Q    Who are you talking about?
11 A    Ray Bogdan showed up, stopped the whole meeting and
12 addressed his issue about my yard.
13 Q    Okay, and how did you lose the job?
14 A    Because Mike Foisie that was doing the subdivision
15 said to me the next day, came over, that we were supposed to
16 start and said Gil, I cannot have you do the job. You got
17 too many problems in town.
18 Q    And what kind of job was it?
19 A    A subdivision, five-house subdivision.
20 Q    And did you have anything by way of a contract with
21 what's this man's name?
22 A    Mike Foisie.
23 Q    How do you spell it?
24 A    I'm not sure how you spell the last name.
25 Q    Where's he live?

58

1  A    In Higganum.
2  Q    Did you have a contract with him?
3  A    No, I didn't, but we moved the equipment up there,
4  and we were geared to start.
5  Q    Had you ever done work for him before?
6  A    Yes, I had.
7  Q    Where?
8  A    Moved his equipment up to the house development,
9  small stuff, and he's called a bunch of people that I did
10 work for to see what kind of person I was.
11 Q    Did you ever dig any foundations for him?
12 A    No, this was my first job I was starting with him.
13 Q    Anybody else that you lost a job from?
14 A    I lost a couple little jobs that were related to it
15 but were not sure because they never came out and said it.
16 This was the only individual that came out and said it
17 firmly.
18 Q    Okay. Did you ever make any claim against the town
19 that if they didn't do something you were going to sue them?
20 A    I said if I wasn't going to be treated fair, it was
21 time for me to get a lawyer.
22 Q    When did you first say that and to who?
23 A    To Mrs. Williams when she came out the last
24 complaint when I wasn't doing nothing wrong. That's what
25 made up my mind.

59

1  Q    Now, when you spoke to her on any occasion, how
2  would you describe those conversations?
3  A    I'd bring two people with me for witnesses so I knew
4  what I said so when something blew up, at least I knew that
5  I was going to be -- because before they didn't go good. I
6  told her get off my property and don't come back until you
7  got it all in writing. Okay? Then at the end I just said
8  you know what? I'll cooperate.
9       She came on my property. I said See, I want you to
10 make sure. Her and Geoff Colegrove inspected my property
11 many times with the complaints, a hundred percent cooperate,
12 walk around the whole thing. Like she said, I don't see
13 nothing wrong with what you're doing here. Okay?
14      What got me aggravated is she didn't go back and put
15 it in writing or talk to anyone about it. She should have
16 went back and told what she found if there was a problem and
17 made me aware of the problem. You understand what I'm
18 trying to talk?
19      She came out about the fuel tank incident, told me
20 there was a problem. Okay, we went back down to the town
21 hall and researched it; and when the DEP guy came out for
22 that bogus report of the spill, he told me it's under this
23 amount of gallons; you do not have to move it by state law.
24 Okay?
25      To make everyone happy I picked the tank up and I

60

1  moved it because I didn't want no more aggravation. You
2  understand what I'm telling you? I tried to cooperate.
3  When I got the cease and desist about parking the snowplow
4  truck, I went beyond my way and moved it so it wasn't in my
5  yard until my plan was going to be done. I was going to
6  build a building, put it inside and case closed. You
7  understand what I'm saying? I tried to do it the right way
8  and cooperate with the town.
9  Q    I'm trying to figure out. Okay? You got to help me
10 here. You got an individual that makes complaints. You got
11 a cease and desist. You're dealing with Cynthia Williams.
12 Based upon what you said just now, based upon what I read
13 there's no further cease and desist. Right?
14 A    This is still standing to this day.
15 Q    Okay. So, is this your problem, that you view this
16 as still standing today?
17 A    This is still standing today.
18 Q    Okay.
19 A    I got a mess. I got stuff in my backyard. I got
20 trees that I lost money on. I got all this stuff that I
21 lost money, and I can't do nothing about it.
22 Q    But as I understand what you're saying, in terms of
23 the things that you were to cease and desist, none of them
24 apply today. Right?
25 A    They told us don't do a thing.

61

1  Q    Who's they?
2  A    The town told us don't do a thing.
3  Q    Okay, but let's go through it. As I understand,
4  there were five things -- excuse me, four things that the
5  town complained about. You had a diesel fuel tank which
6  regardless of whether it's legal or illegal you got rid of.
7  Right?
8  A    The same day they complained.
9  Q    All right, so that's not an issue. Is that right?
10 A    Right.
11 Q    The town says don't operate a commercial business in
12 a residential zone.
13 A    We were never.
14 Q    So, from your position you're in compliance with
15 that order.
16 A    Was.
17 Q    Was and are.
18 A    Yes.
19 Q    Okay. The next order is the storage of two or more
20 commercial vehicles, and your position is that you weren't
21 and aren't. Is that right?
22 A    Yeah.
23 Q    And the last is don't operate a business out of the
24 home without approval from planning and zoning, and you're
25 saying you got all your equipment in Middletown, and you're

62

1  not operating out of Nason Road. Is that right?
2  A    All the equipment is in Middletown --
3  Q    Right.
4  A    -- on Higby. The only thing that gets operated out
5  of Nason Road is when I go home and sleep and leave.
6  Q    So, you're saying you're in compliance with that
7  order as well.
8  A    Yeah.
9  Q    So, from your position everything that's here you're
10 in compliance with.
11 A    Yeah.
12 Q    So, what do you view as the problem today if you're
13 in compliance with the order?
14 A    I don't have a problem today right now because I
15 haven't did nothing. The town -- I have never seen no one
16 since they fired or Cynthia Williams left.
17 Q    Okay, so what are you looking for from the town?
18 A    I'm not sure. I'm looking -- I wasn't treated
19 fairly.
20 Q    Today as far as doing anything on your property as a
21 homeowner, as the caretaker of the place that you live with
22 five kids, what do you want from the town as far as taking
23 care of that property?
24 A    Can you make it more clearly for me? I don't
25 understand.

63

1  Q    I don't understand what your problem is with the
2  town today. You're in compliance with the order. There's
3  no other order that's been issued in the last 13 months
4  since this one was done. You worked all winter for the
5  town. You had a good relationship with them as far as the
6  snowplowing. I'm talking the town.
7  A    Hold it. Can I say my piece now?
8  Q    My question is --
9  A    Wait.
10 Q    -- what is the problem today?
11 A    I had to hire a lawyer. I had to go to civil court.
12 Q    We'll take it in pieces.
13 A    I had to go to civil court to prove that I was fit
14 because they fired me.
15 Q    Okay.
16 A    Okay?
17 Q    Yes.
18 A    Then I wasn't treated fairly. Okay?
19 Q    Okay.
20 A    The town should have stepped in and told Ray to put
21 it in writing or do something and treat me fair.
22      When someone takes pictures of your kids and the
23 State Police and the town don't do something to take and
24 represent you, then there's something the matter.
25 Q    Okay.

64

1  A    When Cynthia Williams comes out and does not do her
2  job and do the right paperwork and go back and do everything
3  right, there's a problem with it.
4       When Geoff Colegrove comes out for the town and
5  tells you there's a problem and makes false allegations
6  against me that I put an illegal driveway in wetlands and I
7  extended the town road without permits and all this other
8  stuff and the town don't protect me, then there's something
9  the matter with it.
10      When a gentleman goes into a town meeting without
11 the right paperwork, without the right thing and represents
12 himself and makes me look like a total ass, then there's a
13 problem. The town should have told him do your paperwork
14 like they told everyone else and come back to the meeting
15 and we'll discuss it then.
16 Q    So, who's that, the chairman of that commission of
17 the planning and zoning should have ruled him out of order?
18 A    They should do something, and then put me in the
19 public paper, put me in the public paper besides.
20 Q    Who put you in the public paper?
21 A    The town did, put me in the public paper like I'm
22 some scumbag.
23 Q    What paper are you talking about?
24 A    They put me in the Town Times --
25 Q    Okay.

65

1  A    -- that everyone in Higganum gets. That don't hurt
2  my business?
3  Q    What are you talking about, for the cease and
4  desist?
5  A    No, the cease and desist, how I'm running an illegal
6  construction business, about all the other BS stuff.
7  Q    What are you talking about in the paper?
8  A    That I was running --
9  Q    When was that in?
10 A    Right after this meeting.
11 Q    Okay. Are you talking about the minutes from the
12 meeting?
13 A    Yeah.
14 Q    Okay.
15 A    And what else they had.
16 Q    And this cease and desist went into effect. Is that
17 right? You had seven days. Was this ever challenged, the
18 cease and desist?
19 A    No one's ever came out. They were supposed to tell
20 me what I was doing wrong, called the town. They never told
21 me. They never did their job and came back to my house and
22 told me what I was in violation of.
23 Q    All right. You hired a lawyer. Is that right?
24 A    Yeah.
25 Q    How much have you spent?

66

1  A    I spent 5,000 already on it, and I don't know what
2  the total bill is going to be at the end.
3  Q    You're paying by the hour? You got a claim here for
4  attorney's fees.
5  A    You have to talk to my lawyer about that, how I'm
6  paying him.
7  Q    Has the 5,000 been spent to your knowledge?
8  A    I don't know.
9  Q    Okay. What other expenses have you had?
10 A    Lost my jobs.
11 Q    You talked one job.
12 A    Yeah.
13 Q    Okay, any other jobs that you're aware of?
14 A    Not totally a hundred percent sure, but the one I
15 can put on the court stand, and he'll testify.
16 Q    When was the last time you talked to him?
17 A    I want to say three months ago.
18 Q    Did he have any other work?
19 A    Yeah.
20 Q    Does he have work in other towns?
21 A    No.
22 Q    He only does work in --
23 A    That's where he started up.
24 Q    Okay. You referred to another individual Geoff.
25 A    Colegrove I believe it is. He works for the town

67

1  part-time.
2  Q    And what's his function?
3  A    I'm not sure, comes out, talks to Cynthia Williams
4  like a hunchback, then don't come back and say nothing else,
5  but he represents the town. I think he's inland and wetland
6  or some other part of it; I'm not sure.
7  Q    Is he paid by the town or is he on a commission?
8  A    No, I think he's paid by the town. He is paid by
9  the town.
10 Q    Okay, and has he issued orders to you?
11 A    No, he issues them I believe to Cynthia Williams,
12 and then she -- but in the inspection of my house with
13 Cynthia Williams, when he came out he couldn't see nothing
14 that we've done wrong. Okay? And that's what confused me.
15 After the guy went to the zoning thing, and I got the cease
16 and desist the next couple days later.
17 Q    When did he come out?
18 A    He came out with Cynthia Williams to check the yard
19 all out.
20 Q    All right, and no order was issued from that visit?
21 A    No, it was issued after the individual walked into
22 the town meeting and then issued this without ever coming
23 out and looking, so that's pretty fair to me.
24 Q    All right, and this cease and desist followed the
25 meeting. Is that right?

68

1  A    Yeah.
2  Q    So, other than the meeting, Cynthia Williams never
3  issued an order like this to you.
4  A    She was supposed to go back and write a report and
5  tell him I wasn't doing nothing wrong, and the report never
6  got there. I had to call Midtown Tire and Towing to give a
7  statement that the screener was there for three days. They
8  moved it out. They took it to auction and sold it. I had
9  to give other reports that I didn't have this and prove it
10 all.
11 Q    So, you did have a screener on the property.
12 A    When I did my yard.
13 Q    When was that, back in '99, 2000?
14 A    2000 I want to say.
15 Q    Did you have it there at all in 2002?
16 A    No, had a wood chipper that I was chipping my brush
17 with.
18 Q    Did you have dogs on the property?
19 A    Yeah.
20 Q    And what kind of dogs are they?
21 A    They were Australian Heeler.
22 Q    How big are they?
23 A    This big. Cattledog.
24 Q    Did Cynthia have a problem with the dogs?
25 A    No.

69

1  Q  Did they bark?
2  A  No.
3  Q  How many phone calls did you have with her?
4  A  Quite a few. I couldn't tell you exactly.
5  Q  How were those phone calls?
6  A  In the beginning they were heated, but at the end I
7  said You know what, Cynthia? If you think you got to come
8  out, I'll meet with you. Let's try to solve this problem
9  like two individuals and be done with it.
10 Q  Okay. All right, I don't have anything else.
11 Thanks.
12         MR. CELLA: Take just a five-minute break.
13         MR. MELLEY: Sure.
14      (Whereupon, a short break was taken.)
15         MR. CELLA: All set?
16 DIRECT EXAMINATION BY MR. CELLA:
17 Q  Mr. Madore, I want to ask you about Mr. Bogdan
18 obviously since I represent him.
19         When did you first meet Mr. Bogdan?
20 A  When we moved in our house, probably a week later,
21 two weeks later.
22 Q  And do you think you moved in around '99, 2000
23 or --
24         MS. MADORE: It was five years last October.
25         MR. CELLA: Okay, thank you. That's helpful,

70

1  all right.
2  BY MR. CELLA:
3  Q  So, we're talking about probably 19 -- five years
4  last October would be 1998.
5  A  Yeah.
6  Q  All right. So, you said about a week or two after
7  you moved in you met Mr. Bogdan.
8  A  Yeah.
9  Q  And how did that come about? How did you meet him?
10 A  We were kind of neighbor friends. I used to mow his
11 hay lot in the back, mow Mrs. Maynard's front yard when it
12 got high, took some bad trees over her house down.
13 Q  So, you met Mr. Bogdan when you were working on the
14 neighbor's property.
15 A  Mrs. Maynard had approached as a neighbor that I
16 was. He had a big piece of land.
17 Q  He meaning Bogdan?
18 A  Bogdan and Mrs. Maynard. We brush-hogged it; when
19 the brush got really high, we brush-hogged it for him. Mrs.
20 Maynard had some bad trees over her house. I cut them down
21 for her, you know, as a neighbor free.
22 Q  You didn't get paid for that?
23 A  Free, free as a neighbor. If I went by and his
24 driveway wasn't plowed, I pushed it out of the way. If he
25 had let's say a bad snowstorm down to his plaza, he owns a

71

1  big shopping center, he'd call me; I'd run down and sand it
2  for him.
3  Q  Okay.
4  A  Okay.
5  Q  Did you ever get paid for any of this work?
6  A  The only thing I got paid for was the perk test
7  holes that I did on his son's property.
8  Q  So, the mowing work and the plowing work you never
9  got paid for.
10 A  It was all free.
11 Q  You did that on your own.
12 A  Good nature.
13 Q  All right. Did you ever use any of -- well,
14 withdrawn.
15         Mr. Bogdan lives across the street from you.
16 A  Yeah.
17 Q  Does he own any property that's contiguous or
18 touching your property?
19 A  I'm not sure if he owns it. I know Mrs. Maynard
20 owns it, but he represents her property.
21 Q  All right, so Mrs. Maynard lives next-door to you.
22 A  Touching me.
23 Q  All right, and that would be on -- if you're looking
24 at your house is it on the left or right side?
25 A  Looking at my house it would be on the left.

72

1  Q  All right, and did you ever use any of her property
2  for any reason at all?
3  A  We used it for the horses.
4  Q  Okay, and what property did you use for the horses?
5  A  Up the street they had a house with a barn with a
6  fenced-in area.
7  Q  How many horses did you have?
8  A  Two.
9  Q  What did you use the property for, just store --
10 stabling the horses?
11 A  Yeah, they were in a big fenced-in like three-acre
12 pasture.
13 Q  And were you paying Mrs. Maynard for that?
14 A  No, I did -- I kind of mowed the lawn, took the
15 trees down and kept all that nice for her.
16 Q  All right, so she allowed you to board your horses
17 in exchange for you doing some things around her property.
18 A  Right.
19 Q  All right, so even though you weren't getting paid
20 for it, you were getting some benefit out of it.
21 A  Right. He'd get his lawn mowed. You know what I'm
22 saying? It was like a good nature -- a good neighbor thing.
23         Like Mrs. Maynard before this used to watch my
24 daughter when she got off the bus, okay, so in turn I'd cut
25 the trees down. I tried to plow her driveway if the guy

**73**

1  didn't get there on time to make sure she got out, okay, and
2  I kind of watched over her house.
3      If someone strange came down the road and she got
4  nervous, she used to call me and say Hey, someone just came
5  through the property; can you come over because Ray ain't
6  here. So, it was kind of like a nice neighborly conduct.
7  Q   All right. Now, did there come a point in time when
8  that neighborly thing kind of stopped?
9  A   It was all done.
10 Q   When did it stop?
11 A   Two years ago.
12 Q   And what caused it to stop?
13 A   The complaining against the town on me.
14 Q   What was the first complaint?
15 A   The first complaint was back when we started. He
16 was the one complaining the whole time, but he just didn't
17 want no one to know that it was him.
18 Q   When was the first complaint?
19 A   I don't know exactly when the first complaint was,
20 the date and all that stuff.
21 Q   What was the nature of the first complaint?
22 A   I think that I was running a business out of my
23 house, that I was -- I'm not exactly sure what his really
24 first gripe was about.
25 Q   Well, how did you learn about his first complaint?

**74**

1  A   When they kept coming and coming and coming back,
2  and then finally Mrs. Riebold in the town hall told me who
3  it was.
4  Q   All right. When you say they kept coming and coming
5  and coming back, who's they?
6  A   The town.
7  Q   All right. So, they actually would come to your
8  property?
9  A   Well, they'd call me, and then they came out a
10 couple times, Harry Everhart and then Cynthia Williams and
11 all this.
12 Q   Okay, but do you recall the very first complaint
13 being an issue of you running a business out of your home?
14 A   I believe that was the very first complaint.
15 Q   And did somebody from the town come out to you and
16 talk to you about that?
17 A   Yeah.
18 Q   And who was that?
19 A   It was Harry Everhart I believe.
20 Q   And what did he say the complaint was?
21 A   About running a business which we weren't running a
22 business.
23 Q   What kind of business?
24 A   Excavation construction business.
25 Q   All right, and so he indicated to you that someone

**75**

1  had complained that you were running an excavation business
2  out of this residential property?
3  A   Yeah.
4  Q   Did he tell you who made the complaint?
5  A   No.
6  Q   Did you ask him?
7  A   Yeah.
8  Q   What did he say?
9  A   Can't tell you.
10 Q   Okay.
11 A   Confidential.
12 Q   All right, and what did you say to Mr. Everhart when
13 he told you that this was the complaint that you were
14 running a business out of your home?
15 A   We went through all the motions and explained what
16 we were doing.
17 Q   What did you say?
18 A   We were going to take and reslope this here, do our
19 curtain drain, level off my spot here, and he went back to
20 the office with no complaints, said I was all okay. Then I
21 put all the silt fence and the hay bales that he wanted the
22 same day. He came back the next day, inspected it.
23 Q   Okay. Did you ever run a business out of your home?
24 A   All the equipment gets on Higby Road.
25 Q   So, the answer is no, you never ran a business out

**76**

1  of your house?
2  A   No, as far as taking stuff out and selling it,
3  bringing stuff in and marking it and doing that stuff, no,
4  we have never ran a business out of our house.
5  Q   What about as far as making contacts with potential
6  customers and receiving and sending out paperwork, is that
7  done all out of the house?
8  A   If someone calls me late at night and they want to
9  get ahold, it's done out of the house. If not, most of my
10 conversation is done over my cell phone.
11 Q   Do you advertise your business?
12 A   No.
13 Q   You've never advertised it?
14 A   No.
15 Q   Do you have any kind of like business cards or
16 anything like that?
17 A   No.
18 Q   You've never had a business card?
19 A   I did, but it said 109. Not 109, 244 Ridgewood Road
20 where I used to live.
21 Q   What about a phone number? Was there a phone number
22 on the card?
23 A   It was a beeper number and a cell phone.
24 Q   Did you ever use the phone number that's located at
25 your residence on Nason Road for the purposes of informing

77

1  people where they can contact you for business reasons?
2     A     First time we put it on the thing because it came
3  state law I'd say a year ago we had to have a known number
4  and an address, so it went to 109 Nason Road.
5     Q     And when you say you had to put it on for state
6  law --
7     A     For DOT and State of Connecticut you need your name
8  posted on your truck, the address. You don't really need
9  the phone number, but we put the phone number because it
10 would kind of look stupid without it.
11    Q     So, you put that on the side of the truck.
12    A     Yeah.
13    Q     What address did you list there?
14    A     I listed 109 Nason Road because that's where the
15 truck is registered to.
16    Q     And how about phone number?
17    A     It goes to 109 Nason Road.
18    Q     All right, and when did you do that? When did you
19 put that stuff on the side of the truck?
20    A     A year ago when we got a ticket for it.
21    Q     When you got cited for not having it?
22    A     Yeah.
23    Q     All right, so about a year ago you put onto this
24 truck your home address and your home phone number
25 referencing where your business is located.

78

1     A     Right.
2     Q     And it's still that way today?
3     A     Yeah.
4     Q     All right, and when you tell people where the
5  business is located, what do you tell them?
6     A     If someone wants to see me, they usually come up to
7  Higby Road.
8     Q     All right, but if someone says where is your
9  business located, what do you tell people?
10    A     If it's something that's got to be sent, they'll
11 send it to 109 Nason Road.
12    Q     Is that where your mail comes in for your business?
13    A     Yes.
14    Q     All right, and are you the only one that works on
15 your business? Does your wife do some work for the
16 business?
17    A     No, just me.
18    Q     She doesn't do any paperwork for you or anything
19 like that?
20    A     She helps me with it.
21    Q     What types of things does your wife help you with?
22    A     With keeping track of some paperwork and stuff.
23    Q     Accounts receivable and that type of thing?
24    A     Yeah.
25    Q     Making sure the bills are paid and so forth?

79

1     A     Right.
2     Q     All right, anything else?
3     A     No.
4     Q     Okay, and as far as the paperwork for the business,
5  is that all located at 109 Nason Road?
6     A     Yes.
7     Q     All right. We got off on a tangent a little bit.
8  We were talking about Mr. Bogdan. The first time you had
9  any contact with him was shortly after you moved into this
10 place, and initially it was a good relationship. Yes?
11    A     Yes.
12    Q     All right, and then it kind of went downhill because
13 of complaints that were being made.
14    A     Yes.
15    Q     All right, and you indicated that someone from the
16 town hall told you ultimately that the person making the
17 complaints was Mr. Bogdan.
18    A     Yes.
19    Q     Who's that person?
20    A     Ann Riebold.
21    Q     How do you spell her last name?
22    A     I'm not sure.
23    Q     Say it again.
24    A     Riebold.
25    Q     Riebold. What does she do for the town?

80

1     A     She's down in plan -- zoning. Not zoning; it's
2  where you go for the building permits and all that stuff,
3  land use office. That's it.
4     Q     Does she still work there?
5     A     Yeah.
6     Q     All right, and when did she tell you that Mr. Bogdan
7  was the one that was making complaints?
8     A     I don't know the exact thing, but it was in the
9  office with Mr. Bondi and Phil Goff and everyone because it
10 came to the point where Phil Goff got called down to the
11 first selectman's office not this year, the year before, and
12 Mr. Bondi fired me. Okay? Told me that was it with the
13 fuel tank issue, everything else, fired me.
14    Q     Fired you from what?
15    A     The snowplowing.
16    Q     Okay.
17    A     I told him to put it in writing because I had a
18 signed contract saying that you could fine me a hundred and
19 something dollars an hour if I don't show up during the
20 snowstorm, and then I said Well, who's the complainer about
21 it, and Mrs. Riebold said it's Mr. Bogdan.
22    Q     Okay. Is that the first time you learned that
23 Mr. Bogdan was the complainer?
24    A     Yeah, the first time official, and that's when they
25 didn't have it in writing; it was just hearsay because they

81

1  didn't make him put it in writing. That's when I found out
2  that they acted on all these complaints not in writing.
3      Q    How many complaints were there before you first
4  learned that Mr. Bogdan was the complainer?
5      A    I couldn't tell you exactly because I'd be lying to
6  you.
7      Q    Give me an estimate. Less than ten?
8      A    I'd say more than ten.
9      Q    Less than 20?
10     A    Yeah.
11     Q    All right, so between ten and 20.
12     A    Yeah.
13     Q    All right, and did anybody ever tell you that all of
14 these complaints were registered by Mr. Bogdan?
15     A    No.
16     Q    Okay. Do you know if anybody else ever complained?
17     A    I haven't heard of anyone else complaining.
18     Q    You mentioned Mrs. Maynard before. Has she ever
19 registered any complaints?
20     A    I'm not sure.
21     Q    All right.
22     A    I'm not a hundred percent sure.
23     Q    And have you ever seen any written complaints?
24     A    Never to this day.
25     Q    All right. Okay, and so the first time you learned

82

1  that Mr. Bogdan was the person making the complaints was
2  from Ann Riebold.
3      A    Yeah.
4      Q    And that was the same day Mr. Bondi told you your
5  snowplowing job with the town was over with.
6      A    It was a big meeting in the office. He called the
7  road foreman down, everyone down --
8      Q    All right.
9      A    -- to get rid of me.
10     Q    So, if we go back and try to find out when that date
11 was that you were terminated from the town, we would learn
12 that's the same day that you first learned that Bogdan was
13 the complainer.
14     A    Right.
15     Q    All right.
16     A    But they did not terminate me. They hushed it all
17 up, and they did not. He was there to terminate me, and
18 then when he found out about the contract, they all stopped.
19     Q    All right. Who else was at this meeting, sir?
20     A    Phil Goff, Ann Riebold. Cynthia Williams was
21 supposed to be there, but she called in sick that day and
22 Mr. Bondi.
23     Q    All right, and when was the last time you spoke to
24 Mr. Bogdan?
25     A    I haven't spoke to him in two years, two years to be

83

1  exact.
2      Q    So, the last time you spoke to Mr. Bogdan was two
3  years ago?
4      A    I take it back. It was last year when he was taking
5  pictures of my kids.
6      Q    All right. So, the last time you spoke to him was
7  last year?
8      A    Yeah.
9      Q    And tell me about that. What happened?
10     A    I came home. Well, actually I got called to come
11 home because my kids ran in my house screaming and crying
12 yelling there was some stranger outside taking pictures of
13 them. Okay? And I came home from Middletown on a job to
14 find out that it was my neighbor Mr. Bogdan taking pictures
15 of my -- I don't mind anyone taking pictures of my yard, but
16 when you start messing with my kids, it's all done with.
17     Q    Right.
18     A    And he was messing with my kids. For my kids to run
19 in my house crying and upset really aggravates me, and for
20 the State Police not to arrest him aggravates me more.
21     Q    Obviously. So, what did you say to him? You got
22 back to him.
23     A    Get on his road and don't ever step on my property
24 again.
25     Q    Where was he when you spoke to him?

84

1      A    He was on the end of my driveway walking away like a
2  scumbag.
3      Q    Was he on your property?
4      A    If you want to call it, it was my property.
5      Q    I don't know if it was your property or not.
6      A    He's on the edge of the road and the property.
7      Q    Was he on the town road or on your driveway?
8      A    He's taking pictures of my fuel tank. He was on my
9  property.
10     Q    That's what I wanted to find out.
11     A    Okay.
12     Q    I asked you was he on your property. Is the answer
13 yes?
14     A    Yes, he was on my property.
15     Q    Where on your property was he?
16     A    He was close to the fuel tank to take the closeup
17 pictures of it, of the tag.
18     Q    How many feet from --
19     A    Had to be five.
20     Q    Five feet away. So, you saw him five feet away from
21 the fuel tank?
22     A    I didn't see him on the fuel tank. When he was
23 taking the pictures of my kids, the road is right here; I
24 got a piece of grass, and then I got a fence. He was on the
25 grass. Technically that's my property.

85

```
 1    Q    Okay, and you saw him there?
 2    A    Yeah.
 3    Q    All right, and do you know whether he was intending
 4   to take pictures of your children?
 5    A    Well, if my kids are playing in the front yard and
 6   you're on the side taking pictures and scaring the shit out
 7   of them and they got nightmares for a week, I guess you were
 8   taking pictures of my kids scaring them.
 9    Q    So, you say he intended to take pictures of your
10   children?
11    A    Taking pictures of them.
12    Q    He intended to photograph the kids as opposed to
13   your property?
14    A    I don't know.  I wasn't snapping the pictures.
15    Q    That's what I want to find out.
16    A    I don't know.
17    Q    You don't know whether he was intending to take
18   pictures of the kids.
19    A    The kids were playing in the front yard.  He took
20   pictures of my kids playing in the front yard, so he was
21   taking pictures of my kids.
22    Q    Are you saying that the purpose of him taking
23   pictures was to photograph your children?
24    A    No, probably the yard, but he shouldn't be scaring
25   my kids.
```

86

```
 1    Q    I understand, but I'm just trying to find out what
 2   you know, and you don't know whether he intended to take
 3   pictures of the kids.  You believe he was trying to take
 4   pictures of the property.
 5    A    If he was taking pictures of the property that he
 6   really wanted to aggravate me, why wouldn't you take
 7   pictures of my nice green front lawn and my beautiful house
 8   with the nice new siding and windows?
 9    Q    You know, you can ask him.  You know, I'm just
10   trying to find out what you know, sir.
11         You don't know whether his intent was to take
12   pictures of your children.
13    A    I don't know.  I wasn't snapping the pictures.
14    Q    What probably happened is your kids were outside
15   when he wanted to take pictures of the property.  Isn't that
16   what probably happened?
17    A    No.
18    Q    So, what probably happened?
19    A    The issue wasn't in my front yard.  He was taking
20   pictures of my kids in my front yard or my property.
21    Q    Have you ever seen these photographs?
22    A    No, I haven't.
23    Q    So, do you know whether or not he actually took any
24   photographs?
25    A    No.
```

87

```
 1    Q    And which children were outside?
 2    A    Hannah, Molly and Emily.
 3    Q    How old is Hannah?
 4    A    She would have been six back then.
 5    Q    And did you say Molly?
 6    A    Yeah.
 7    Q    How old was Molly?
 8    A    She would have been five.
 9    Q    And the other one?
10    A    Oldest one would have been eight.
11    Q    Her name?
12    A    Emily.
13    Q    Emily.
14         Did they know Mr. Bogdan before that?
15    A    Yeah, they know him.
16    Q    How did they know him before that?
17    A    Emily used to go get off the bus at Mrs. Maynard's.
18    Q    How about Molly and Hannah?
19    A    No.
20    Q    They wouldn't have known Mr. Bogdan?
21    A    No, because they always went to day-care.
22    Q    They never would have seen him before that?
23    A    Probably just jogging by.
24    Q    So, they would have known that he was a neighbor.
25    A    I don't know if they would have known he was a
```

88

```
 1   neighbor or not.  They never had close contact with
 2   Mr. Bogdan.
 3    Q    Did they have any contact with him at all?
 4    A    No.
 5    Q    When you say jogging by, what do you mean jogging
 6   by?
 7    A    Jogging by my house.
 8    Q    Actually running for exercise, that sort of thing?
 9    A    Yeah.
10    Q    All right, and he did that on a regular basis?
11    A    Every day.
12    Q    So, he certainly wouldn't have been a stranger to
13   your kids.
14    A    Not to Emily, but to the little ones.  It scared
15   them more than anything.
16    Q    All right.  Did they say how long he was out there
17   taking pictures?
18    A    No, we didn't get that far.
19    Q    Who was home besides the children?
20    A    Suzanne.
21    Q    Where was Suzanne when the photographs were being
22   taken if you know?
23    A    She was in the front.  We have like a TV room with a
24   door there.  She was in there, between there and the
25   kitchen.
```

89

1  Q   All right. Did this happen any more than one time
2  as far as you know?
3  A   Of the pictures?
4  Q   Yes.
5  A   Or just scaring the kids?
6  Q   Pictures of the kids.
7  A   Just the one I was aware of.
8  Q   What about the scaring of the kids, just one time?
9  A   The one time when he took the pictures.
10 Q   All right, and do you know when this happened, sir?
11 A   It was on an afternoon about three o'clock. I don't
12 know the exact date of it because the State Police got it on
13 record down there because we did call them.
14 Q   Okay, the State Police come out?
15 A   Yeah.
16 Q   What did they do?
17 A   Nothing.
18 Q   What do you mean they did nothing?
19 A   Nothing.
20 Q   They must have talked to you. Right?
21 A   They talked to me, but they didn't do nothing.
22 Q   What did you tell them?
23 A   I told them, I said, I don't care if he takes all
24 the pictures in the world of my house and all the other
25 stuff, but don't take pictures of my kids and mess with my

90

1  kids.
2  Q   So, you told them you didn't care if he took
3  pictures of your house or your property.
4  A   I don't care.
5  Q   But you told them you didn't want him taking
6  pictures of your kids.
7  A   Right.
8  Q   Do you know if they spoke to Mr. Bogdan?
9  A   I do not know.
10 Q   All right, so you don't know whether they did
11 nothing or not.
12 A   Well, I wanted him arrested right then and there.
13 Q   All right, so what did you say to the State Police
14 about that?
15 A   Nothing.
16 Q   You told the State Police you want this guy
17 arrested?
18 A   Yeah.
19 Q   What did they say to you?
20 A   They were going to go talk to him.
21 Q   Did you see them walk over to his house?
22 A   No, I didn't pay attention to it. I don't know if
23 they went there and talked to him or what they did to him.
24 Q   All right, and when you spoke to the State Police
25 were you outside or inside?

91

1  A   No, Suzanne handled the whole thing.
2  Q   You didn't speak to them?
3  A   Suzanne handled the whole thing.
4  Q   All right, so you didn't speak to the State Police?
5  A   I got home. By the time I got home, the State
6  Police was already there and gone.
7  Q   All right.
8  A   Okay?
9  Q   So, when you said earlier that I told the State
10 Police that I wanted him arrested, did that happen? I'm
11 talking about you.
12 A   Me, yeah.
13 Q   When did you do that?
14 A   A couple days before when he was on the property.
15 Q   I'm talking about this incident with the kids.
16 A   The kids, Suzanne handled it. I came home off the
17 job, okay, the State Police was there and gone.
18 Q   All right.
19 A   Okay.
20 Q   So, you never told the State Police that you wanted
21 Mr. Bogdan arrested for taking photographs of your kids.
22 A   No.
23 Q   All right, your wife said that to them.
24 A   Yes.
25 Q   All right, okay. Now, how many times did you

92

1  actually see Mr. Bogdan taking photographs of your property?
2  A   He's got a ton of them.
3  Q   How many times did you actually see him?
4  A   Five or six.
5  Q   Okay, and when he did that on those occasions,
6  Mr. Madore, where was Mr. Bogdan standing?
7  A   Most of the time he was standing on the property
8  above me. The other time he took them of the fuel tank and
9  everything, he had to be on my property and on top of the
10 fuel tank to take them.
11 Q   Did you ever see him standing on your property while
12 he took photographs of your property?
13 A   Twice.
14 Q   What did you say to him?
15 A   Get on his side.
16 Q   What did he do?
17 A   He got on his side.
18 Q   All right.
19 A   It was me, my father, Glenn Flanagan, Arnie Rogers.
20 There was five guys there.
21 Q   What was going on on your property that prompted him
22 to take pictures?
23 A   When we got the permission to build the retaining
24 wall in my backyard, he was there taking pictures every day
25 with his high-zoom camera.

93

Q What does this retaining wall look like?
A It's a block wall.
Q What's the purpose of it?
A To hold the dirt back.
Q All right, so it's right up against a hill of some kind?
A Yeah.
Q And is that a natural hill of some kind or is it a hill that you created?
A It was a hill that we sloped more steeper for the backyard.
Q Okay.
A So, we had a flatter backyard that the plans were all submitted to the town.
Q So, the plans called for the construction of a retaining wall?
A It was however we wanted to stabilize it.
Q Okay. Did the plans say anything about a retaining wall?
A No.
Q Nothing about a block retaining wall?
A You didn't need a permit. We checked it before we put it up.
Q And you indicated that you were going to build a garage --

94

A Yeah.
Q -- or a barn.
A Once we got --
Q What would you call it, a garage or a barn?
A A barn.
Q Where was that going to be constructed in relationship to where the retaining wall was built?
A Five hundred feet from it, 400 feet.
Q Okay, and what was going to be placed or what was placed in front of the retaining wall?
A Nothing.
Q Okay.
A It was just never -- it was just a dropoff, a straight dropoff.
Q And what else was Mr. -- what else was going on on your property that Mr. Bogdan was photographing?
A I don't know.
Q Now, the meeting that took place involving the planning and zoning commission, did you have any kind of notice that there was going to be any discussion about your property?
A Nothing.
Q You knew nothing about that?
A No.
Q And if you did, would you have gone to the meeting?

95

A Yeah.
Q Who talked to you about the meeting? Withdrawn.
When did you first learn that Mr. Bogdan had spoken at the meeting?
A The next day.
Q How did you learn that?
A From the gentleman I was supposed to do the road job.
Q That was Mr. Foisie or something?
A Yeah, Mike Foisie.
Q What did he say to you?
A He said Gil, I can't believe you're in this much trouble in the town; and if I hire you to do it, you're not in the best graces.
Q What did you say to him?
A I said I can't believe all this went down. I was devastated. I went home, and I just sat there because I wasn't going to do nothing. I wasn't going to hire a lawyer; I wasn't going to do nothing, and enough was enough with the photographs and the tank and everything else. I didn't hire a lawyer until after all this happened to me.
Q Well, after this meeting you got the cease and desist order.
A Yeah.
Q Did you try to fight that in some way?

96

A I was waiting for the town to come back with their outcome what I was doing wrong because Cynthia Williams came out after the cease and desist order, inspected the property, and no one actually knew what the cease and desist was all about.
Q So, you didn't contact a lawyer to try to help you fight the cease and desist order?
A I didn't contact a lawyer until after I got upset about the cease and desist order. Probably three weeks afterwards we contacted the lawyer.
Q So, three weeks after you got the cease and desist order you contacted a lawyer?
A Yeah.
Q Was that for the purpose of fighting the cease and desist order?
A Fighting everything.
Q And was the cease and desist order challenged in some way?
A When I called up to find out what the cease and desist order was that we were doing wrong, no one could actually answer me.
Q So, was it challenged in some way?
A I challenged it. No one ever answered me what we were doing wrong.
Q Have there been any court proceedings in connection

97

1  with the cease and desist order?
2    A    No.
3    Q    Were there any hearings after it was issued at the
4  town hall or any town building with regard to the cease and
5  desist order?
6    A    No.
7         MR. CELLA: Why don't we mark this.
8         (A document was received and marked for identification
9         as Defendant's Exhibit 2.)
10 BY MR. CELLA:
11   Q    Mr. Madore, we've marked as Exhibit 2 a portion of
12 the minutes from the planning and zoning commission of the
13 Town of Haddam dated March 18, 2002, and page two of this
14 document which is actually numbered page five at the bottom
15 is the issue we're dealing with today. Did you say earlier
16 that you never read this under section 11?
17   A    Right, I never seen this, read it.
18   Q    So, today is the first time you've ever seen this?
19   A    Right.
20   Q    All right. I want to go through it a little bit if
21 we could and ask you some questions about it.
22   A    Yeah.
23   Q    It says in the second sentence under 11 Mr. Bogdan
24 had a complaint about you, and it says who apparently had
25 started a large construction project two weeks ago, and that

98

1  would have been two weeks prior to March 18, 2002. Do you
2  know what he's referring to there?
3    A    The wall.
4    Q    The retaining wall?
5    A    Yeah.
6    Q    The one we just talked about?
7    A    Yeah.
8    Q    All right, and it references that -- it says He
9  stated that Miss Maynard owns the entire portion of the
10 brook about 198 feet in a straight line. Is that accurate?
11   A    Nope.
12   Q    What's wrong with that?
13   A    Because I had my -- when I bought the house, I had
14 Geoff Jackowiak come survey it, and he's a licensed
15 surveyor, and it's down to town hall. He pinned it and
16 surveyed it. Okay? And it goes -- they go back on pieces
17 of property and survey it going up the road, and they put
18 the pins in. Well, Mr. Bogdan don't think the property line
19 is where it is, so he pulled the pin out.
20   Q    So, what's wrong with the statement Mrs. Maynard
21 owns the entire portion of the brook about 198 feet in a
22 straight line?
23   A    It's not true because it's surveyed. It's not a
24 straight line to begin with. There's three points.
25   Q    So, do you own portions of that brook?

99

1    A    Yeah.
2    Q    All right, and then it says he meaning you is
3  altering the direction of the brook and flattening a portion
4  of the property. Is that true?
5    A    No, and I can tell you why.
6    Q    Go ahead.
7    A    Because there's a right-of-way on the side that goes
8  to a hundred acres in back of me that Doc Robbins owns.
9  Okay? And he'll come in and testify that all we did was put
10 the stone in the right-of-way to make it better because the
11 old guy, 92 years old, was getting stuck going to his
12 property to cut his firewood, so we put the traprock, and
13 the town knows that we put the traprock.
14        The right-of-way dates back to probably 1901 or so.
15 So, it's not like I own the property, but he's got a
16 right-of-way through it, and that's against the brook, so we
17 didn't alter that at all.
18   Q    So, did you do any flattening of the portion of your
19 property?
20   A    All we did was level the backyard off that we had
21 the site plan in to the town, and that was the first phase
22 that got done.
23   Q    What was that for?
24   A    When we directed the water on the other side of the
25 house we had to put the curtain drain. We had the designer

100

1  design it all and show the back topo of the yard. It's
2  never changed since then.
3    Q    All right. With regard to the right-of-way work
4  that you did, what type of equipment did you use?
5    A    We used to build the stone wall or --
6    Q    You said you had -- you dealt with this right-of-way
7  because the guy's truck was getting stuck. What did you do?
8    A    We bulldozed stone on top of it.
9    Q    All right.
10   A    Okay.
11   Q    So, you used a bulldozer.
12   A    Yeah.
13   Q    Anything else?
14   A    Backhoe.
15   Q    Okay.
16   A    Did we ever reach in the brook and change water
17 direction? No, because inland and wetland was there before
18 with Harry, and if you did that, then they could arrest you
19 and take you away right then and there on the spot.
20   Q    How long did it take you to do the work on the
21 right-of-way that you did?
22   A    I want to say maybe -- it took two years on and off.
23 If I had an extra load of stone off a job or something like
24 if we did a septic system and we had extra stone and it was
25 dirty, we couldn't use it, we'd throw it in the truck, take

**101**

1  it home and spread it on the right-of-way.
2  Q    So, for two years on and off you were doing work on
3  the right-of-way.
4  A    Yeah, just spread the stone and level it off with
5  the tractor.
6  Q    All right, and it says -- going down it says at your
7  home you had replaced windows, siding, roof and roofing on
8  the decks and rebuilt a portion of your chimney without any
9  proof of permits. Is that accurate?
10 A    Go look at my chimney and tell me where I rebuilt
11 it. We never rebuilt the thing. Did we side the house?
12 Yes, we did.
13 Q    Did you have a permit for that?
14 A    I don't know. I hired Peter Welch Enterprises to do
15 it. I don't know if he got a permit to do it.
16 Q    When did that work get done?
17 A    It was like the second year we lived there.
18 Q    Was a permit necessary?
19 A    I'm not sure. I'm not in the building. You know
20 what I mean? So, I couldn't tell you.
21 Q    All right. What about it says replace windows, roof
22 and roofing on the decks. Do you know what that's all
23 about?
24 A    Well, the deck ain't on the house because we tore it
25 off two years ago because we were going to put a new deck

**102**

1  on, and we didn't do nothing because we got cease and
2  desist, and the permit's still outstanding down there.
3  Because of all this we weren't allowed to do nothing to our
4  house, so we got four pillars in back of our house with no
5  deck on. So, if we rebuilt that deck, it's somewheres else
6  that I don't know about.
7  Q    So, you never replaced any roofing on the deck?
8  A    The deck is at the dump.
9  Q    All right, and it says that Miss Williams spoke at
10 the meeting and reported that Mr. Madore, you, was planning
11 to open a home occupation with the help of land surveyor
12 Mr. Jackowiak.
13 A    Yeah.
14 Q    Was that true at that time?
15 A    Yeah.
16 Q    And how did Miss Williams know about that?
17 A    Because how we got there so we could stop all this
18 bickering and complaining was to make sure everything at the
19 town meeting was done to the right and the satisfaction of
20 the town so I didn't have to pay my surveyor like five or
21 six times to say Oh, they wanted to know the wetlands; they
22 wanted to know this.
23      I had to hire a surveyor; I had to hire an inland
24 and wetlands soil test because of the accusation that I
25 filled in wetlands and everything, so he came out,

**103**

1  inspected, took all core samples, sent them to the lab,
2  marked all of it with flags and stuff on my property, and
3  then all my flags got missing and everything, so we kind of
4  just stopped until we got everything straightened out.
5  Q    All right, so ultimately you were going to have your
6  home occupation at this property if you could.
7  A    Just a garage to store the two -- the snowplow truck
8  and maybe my tractor; that's it. I was never going to move
9  out of Higby Road because my rent is 300 dollars a month for
10 my garage, and I don't have to move out. You know what I'm
11 saying?
12      So, the bulk of the stuff was going to stay in
13 Middletown where it's at, and like the snowplowing when I
14 get called out at one or two in the morning, I could open
15 the garage door, drive out and go to work for the town.
16 Q    What size a garage or barn was this going to be?
17 A    Initially I was going to go with like 30 by 40.
18 Q    Okay, and the one in Middletown is 60 by 40?
19 A    Yeah.
20 Q    All right, and are you telling us that the only
21 equipment you were going to store in that building was going
22 to be a snowplow and what else?
23 A    My snowplow truck or if I had a project that I
24 wanted to do, I would bring it home and do it in my garage
25 because then my kids could come out to my garage and see me

**104**

1  while I'm working in my garage instead of me driving an hour
2  back to Higganum and coming. I could work a little bit each
3  night in my garage like a human being and spend some quality
4  time with my kids.
5  Q    Have you read the complaint that was filed in this
6  case?
7  A    Nope.
8  Q    So, the complaint that was filed in this case -- you
9  may not know what I'm talking about. Do you know what I'm
10 talking about when I say the complaint that was filed in
11 this case?
12 A    What am I filing against Ray Bogdan?
13 Q    Yes.
14 A    Yes, harassment.
15 Q    Tell us what the basis for that is, Mr. Madore.
16 A    Calling DEP, making a false report that if they
17 didn't get there in five minutes that it was going to be the
18 biggest lawsuit in the state history which they got on tape
19 down there.
20 Q    What do you mean they have it on tape?
21 A    Everything when it goes into DEP is on tape. You
22 can call and get the tape.
23 Q    Do you have the tape?
24 A    No, but there's names listed who you get ahold of
25 down there, and they can fill you in.

105

```
1   Q   Have you ever heard the tape?
2   A   No, I haven't.
3   Q   What else?
4   A   Going to the town meeting.
5   Q   The one that's on March 18, 2002?
6   A   Right, right here.
7   Q   So, you call that harassment?
8   A   Hold it, calling the State Police telling them I'm
9   not plowing the road and doing my job.
10  Q   When did that happen?
11  A   Two months ago, a month ago.  It's on record down
12  there.
13  Q   When you say it's on record, what do you mean by
14  that?
15  A   The State Police got it on record because when you
16  call there, it's taped.
17  Q   And have you heard the tape?
18  A   No, but it stated the whole name and everything.
19  Q   How do you know that?
20  A   Because Phil Goff even told, and the officer told me
21  he came down and called.
22  Q   Okay, what else?
23  A   Taking all the pictures I already told you,
24  harassment.
25  Q   Well, the pictures, the only pictures you were
```

106

```
1   concerned about were ones of your kids.
2   A   Yeah, but it's still aggravating me in my yard while
3   I'm working and everything else, harassment.
4   Q   You told us the pictures of your property you didn't
5   care about.
6   A   I'm just telling you it's harassing me.  It's
7   harassment.
8   Q   All right.  Do you know if Mr. Bogdan has any
9   relationship with the town?
10  A   Oh, I forgot one thing.  Someone smashed the windows
11  out of his place.  He accused me.  Okay?  And that was like
12  a kids' night because they started in Higganum and went all
13  the way to Durham, but he insinuated, and it's in there with
14  the State Police, and he accused me of doing that.
15  Q   At his house?
16  A   At one of his house tenants' thing that's down the
17  street that I smashed the windows out of it.
18  Q   Who smashed the windows?
19  A   Some kids that were on prank night because they
20  started at Higganum Center and went all the way to Durham.
21  Q   Do you know the names of any of these kids?
22  A   No, I don't.  You can look it up.  They can give you
23  the information, the State Police or whoever.  The officer
24  that took the complaints where he slandered me is all in my
25  lawyer's complaint.
```

107

```
1   Q   Were the kids arrested?
2   A   I don't know.
3   Q   All right.  So, what is it that the State Police
4   have on record with regard to that incident?
5   A   He called them up, told them that I was the one who
6   smashed all his windows out of his house, okay, for a
7   vendetta, that I'm trying to get even with him, told the cop
8   five or six times.  The woman who was renting from Bogdan
9   that lived there said I don't think it's me.  Okay?  And he
10  kept insinuating.  The officer's name and everything is on
11  record down there.
12  Q   And what happened as far as you're concerned?  The
13  State Police talked to you?
14  A   No, they didn't come talk to me because he was
15  badgering my name about it.
16  Q   Well, how did you find out about it?
17  A   A friend of mine that's a state cop came back and
18  told me.
19  Q   So, none of the people at the State Police ever came
20  to you or called you and said Listen, Mr. Bogdan is
21  complaining about you doing something?
22  A   DEP told me right then and there when they came out
23  with the complaint and seen it was a bogus complaint.
24  Q   I'm not talking about that; I'm talking about the
25  house windows being broken.
```

108

```
1   A   My friend that's the State Police came back and told
2   me.
3   Q   All right, and who is this guy?
4   A   Pete DiGoia.
5   Q   All right, and what did he say to you?
6   A   He told me how Bogdan told him that it was me
7   smashing his windows, harassing him and everything else.
8   Q   What did they tell Bogdan as far as you know?
9   A   That I don't think it's Mr. Madore because this
10  started in Higganum Center and went all the way to Durham.
11  Q   And that was the end of it then.  Right?
12  A   Yeah, after I think an hour of pushing it.
13  Q   All right.  Is there anything else that you would
14  characterize as harassment on the part of Mr. Bogdan other
15  than what you've just told us?
16  A   No, that should be enough.
17  Q   All right.  Do you know if Mr. Bogdan has any
18  relationship with the town?
19  A   He's a very high professional individual in town.
20  Q   What do you mean by that?
21  A   His son's in a lot of offices.
22  Q   What do you mean by that?
23  A   His son's part of I think inland and wetlands and
24  some other stuff.  I'm not sure his exact board thing.
25  Mr. Bogdan runs that real estate business in town.  I don't
```

### 109

1  know what his relationship is with Tony Bondi, but Tony
2  moved a bunch on these complaints without it being in
3  writing. I'm not kind of sure.
4    Q    Well, what's his son's name?
5    A    I'm not sure to be exact. I'm not sure if it's --
6  which one it is.
7    Q    Do you know his first name?
8    A    No, I don't.
9    Q    Where does he live?
10   A    On Route 9A.
11   Q    And he's on a town board or commission?
12   A    Yeah, something.
13   Q    Do you know which one it is?
14   A    No.
15   Q    All right. Let me just read to you some of the
16 allegations that you're making against Mr. Bogdan, and I
17 want to ask you what the basis for these allegations are.
18   A    Okay.
19   Q    All right?
20       It starts off For more than the three years
21 immediately preceding, before, this complaint the defendant
22 Bogdan has acquired and exerted such substantial power in
23 the Town of Haddam that he is able as a matter of course to
24 dictate the conduct and official actions of the defendants
25 Bondi and Williams. What's the basis for your saying that,

### 110

1  sir?
2    A    Why am I saying that?
3    Q    Yes.
4    A    Because he didn't have to put it in writing. If I
5  wanted to make a complaint, I had to put it in writing.
6    Q    Are you aware of any other information that would
7  support that claim other than what you just said?
8    A    Yeah, when Mr. Bondi called me and said that we got
9  the complaint and I got the complainer Ray, how come he
10 didn't have to put it in writing? So, he's got some power
11 in town.
12   Q    All right. Did anybody ever tell you that he has
13 power in town, anybody at the town?
14   A    Someone in the town hall, and I will never reveal
15 this name, said to me the only reason why I'm getting
16 harassed so much, I didn't donate more. I should have
17 donated to the campaign for the first selectman.
18   Q    What does that have to do with Mr. Bogdan?
19   A    Because he donated more than I did.
20   Q    What do you mean he donated more than you did?
21   A    Yeah.
22   Q    You donated some money to Mr. Bondi's campaign?
23   A    No, I didn't donate nothing meaning he donated more
24 than I did.
25   Q    So, you donated zero.

### 111

1    A    Yeah.
2    Q    And Mr. Bogdan apparently donated something more
3  than zero.
4    A    Quite a bit, yeah.
5    Q    What does that have to do with anything?
6    A    I think he gets treated a little better than I do.
7    Q    All right. Well, you're just speculating, aren't
8  you?
9    A    Yeah.
10   Q    The next thing says The actions of the municipal
11 defendants meaning Bondi and Williams hereinafter described
12 were dictated by the defendant Bogdan. How do you know
13 that?
14   A    Every time he made a complaint he was there, they
15 were there.
16   Q    Is that the only reason you're saying that?
17   A    Yeah.
18   Q    All right. It says -- it alleges that Mr. Bogdan
19 has been stalking the plaintiffs meaning you and/or your
20 wife.
21   A    Yeah.
22   Q    What's the basis for that?
23   A    Taking the pictures.
24   Q    Anything else?
25   A    Yeah, there's a hundred acres in back of me. Okay?

### 112

1  That my friends hunt on that Doc Robbins owned that gave me
2  power of attorney to sign the hunting permits and
3  everything. They go up there and harass them all winter so
4  they couldn't hunt.
5    Q    What does that have to do with stalking you and your
6  wife?
7    A    Okay, stalking. When we're going to do something,
8  we're getting pictures tooken. That's stalking me.
9    Q    Pictures taken on your property?
10   A    Yeah.
11   Q    What else?
12   A    Okay?
13   Q    Anything else?
14   A    No, that's it. That's enough.
15   Q    So, the basis for the claim of stalking is the
16 picture-taking by Mr. Bogdan.
17   A    Yeah, and the town meeting harassment.
18   Q    Well, that's not stalking, is it?
19   A    No, but that's harassment.
20   Q    All right. Did you ever complain to any law
21 enforcement authority about Mr. Bogdan's conduct?
22   A    When we called them when he took the pictures of the
23 kids. They were called when the DEP issue about the tank
24 that I wanted him arrested. They didn't because he was on
25 my property to take the picture of the tank.

113

```
 1   Q    What did they do in response to that?
 2   A    They didn't do too much because they came out, and
 3   it was like a neighbor harassing another neighbor, but it
 4   was a false complaint.
 5   Q    All right.
 6   A    Okay, so they didn't really push it to the issue,
 7   but they got the case number and everything because there
 8   was no spill on it which he should have got arrested for
 9   because it's a false complaint, and now you dispatched all
10   these people, clean harbors and everything, because they
11   really thought there was a major oil spill, and there was
12   nothing when they got there.
13        But the thing that confused me is the picture he had
14   of my oil tank with my numbers that the numbers are this
15   small, and the tank's on the back side, not where you could
16   take a picture and zoom in. It's on the other side. So,
17   that means for him to take the picture of my tank, he was on
18   my property.
19   Q    So, you complained to the State Police twice about
20   Mr. Bogdan.
21   A    Yeah.
22   Q    And on both occasions a request was made that he be
23   arrested.
24   A    Yeah.
25   Q    And he was never arrested as far as you know.
```

114

```
 1   A    No.
 2   Q    And you have a friend in the State Police.
 3   A    Yeah.
 4   Q    What does he do for the State Police?
 5   A    He's a resident trooper in Durham.
 6   Q    All right. Is he the guy you talked to?
 7   A    No, I called the State Police number, and they sent
 8   a thing. He's not involved.
 9   Q    Did you ever talk to him about Bogdan?
10   A    As far as?
11   Q    As far as Bogdan's conduct.
12   A    Yeah, but he don't have nothing to do with it. He
13   don't take -- that would be like taking the law in his own
14   hands. He don't have nothing to do with it. As a matter of
15   fact, I think Bogdan's got pictures of his State Police car
16   over my house the day we were doing the wall.
17   Q    Did you ever ask your friend, you know, why hasn't
18   Mr. Bogdan been arrested after you made two complaints
19   against him?
20   A    He wasn't sure why he wasn't arrested about the
21   false complaint about the DEP.
22   Q    All right, what about the other issue?
23   A    There's not too much you can do about the pictures
24   taken of the kids unless I go out there and he's all the way
25   up against my house I guess.
```

115

```
 1   Q    All right, and when was the last time you had any
 2   contact with Joyce Maynard?
 3   A    Two years ago. We haven't spoke.
 4   Q    And you indicated you have headaches as a result of
 5   this.
 6   A    My stomach.
 7   Q    Did you say you have headaches, though?
 8   A    Yeah.
 9   Q    What do you mean? Tell us about that.
10   A    Me getting harassed all the time coming home with
11   all the information with the DEP, okay, telling me my oil
12   tank exploded, okay, and all this other stuff, you wouldn't
13   be sick over the whole issue?
14   Q    So, you got sick over the whole issue.
15   A    Yeah.
16   Q    Tell me about -- what do you mean by sick?
17   A    I've had nothing but headaches, diarrhea, throwing
18   up.
19   Q    Over what period of time?
20   A    It started about when the DEP came for a couple
21   weeks there, and then every time I see them like when I was
22   plowing for the town and they made the false accusation that
23   I didn't plow the road, my stomach was all upset again.
24   Q    So, you got an upset stomach as a result of this
25   whole thing.
```

116

```
 1   A    Yeah, I just don't feel good.
 2   Q    You never saw a medical doctor for this?
 3   A    No. I don't have no insurance.
 4   Q    Do you have a medical doctor that you see on a
 5   regular basis?
 6   A    Once a year.
 7   Q    Who is that?
 8   A    Going to the thing and get a physical for a driver's
 9   license.
10   Q    What thing?
11   A    Need a physical card for a commercial thing, walk-in
12   clinic.
13   Q    You go to the walk-in clinic?
14   A    Yeah.
15   Q    Where is it located?
16   A    Middletown.
17   Q    How do you pay for that?
18   A    Cash.
19   Q    You don't have insurance?
20   A    No.
21   Q    Your wife doesn't have insurance?
22   A    My wife does, but we're not covered.
23   Q    You're not covered?
24   A    No.
25   Q    The kids aren't covered?
```