## UNITED STATES DISTRICT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| GILBERT MADORE and<br>SUZANNE MADORE<br>    Plaintiffs | : CIVIL ACTION NO.: 3:02CV1519JCH<br>:<br>: |
| VS. | : |
| TONY BONDI, CYNTHIA WILLIAMS,<br>TOWN OF HADDAM AND RAY BOGDAN<br>    Defendants | : MARCH 19, 2003<br>:<br>: |

## PLAINTIFF'S RESPONSES TO DEFENDANTS INTERROGATORIES ADDRESSED TO SUZANNE MADORE

1. Please state the following:

    (a) your full name and any other names by which you have been known;

    (b) your date of birth;

    (c) your marital status;

    (d) your home address;

    (e) your business address.

**ANSWER:**

| | |
|---|---|
| **Name:** | **Suzanne Madore, Suzanne Dadario** |
| **Marital Status:** | **Married** |
| **D.O.B.:** | **5/27/62** |
| **Residence:** | **109 Nason Road, Higganum, CT 06441** |

2. Identify and list each injury you claim to have sustained as a result of the incidents alleged in the complaint.

**ANSWER:**

**No physical injuries, stress on a daily basis. Not knowing when the neighbor was going to cause a problem next.**

3. If you were treated at a hospital for injuries sustained in the alleged incident, state the name and location of each hospital and the dates of such treatment and confinement therein.

**ANSWER:**

**No, not applicable.**

4. State the names and addresses of each physician, therapist or other source of treatment and confinement therein.

**ANSWER:**

**None, not applicable.**

5. If you are presently under the care of any health care provider for any injury or condition alleged in the complaint, state the name of said physician(s) and the injury(s) and/or condition(s) for which treatment is being rendered. List each item of expense which you claim to have incurred as a result of the incident alleged in the complaint, the amount thereof and state the name and address of the person or organization to which each item has been paid or payable.

**ANSWER:**

**None, not applicable.**

6. State the names and addresses of all persons known to you who are present with you at the time of the incident alleged in your complaint or who observed or witnessed all or part of the incidents in question.

**ANSWER:**

**Willy and Kelly Parker have phoned me at my job on a handful of occasions to fill me in on what has been going on around my property - whether it be the Town Zoning or Mr. Bogdan making false statements and slandering the Madore name.**

7. State whether you have any diagrams, drawings, sketches or photographs relevant to the subject matter of this action and, if so, please state:

    (a)    the date and time on which they were made and taken;

    (b)    who took them;

    (c)    who has possession of them now.

**ANSWER:**

**There are photographs and maps of our property. My attorney has them in his possession.**

8.    If a written or recorded statement obtained from any witness to the incident, identified each statement with the name of the witness who made it, the date, and other appropriate descriptions.

**ANSWER:**

**None, not applicable.**

9.    If the plaintiff gave any statements concerning this matter, either transcribed, written or otherwise recorded, which was obtained by anyone other than the plaintiff's attorney, for each such statement state:

    (a)    date and time it was made;

    the name and address, occupation and relationship to the plaintiff or the person who made or took it;

    (b)    the location where it was made;

    (c)    the name, address, occupation and relationship to the plaintiff of each other person present when it was made;

    (d)    the name, address, telephone number and occupation of the person who has custody of it.

**ANSWER:**

**None, not applicable.**

10.    State the names and addresses of all experts whom you intend to call as an

expert witness at trial.

**ANSWER:**

**No expert witnesses are contemplated at this time.**

11.  For each witness identified in your response to Interrogatory No.10, state:

  (a)  the subject matter of which each expert witness is expected to testify;

  (b)  the substance of the facts and opinions which each expert witness is expected to testify;

  (c)  a summary of the grounds for each opinion of each expert witness expected to testify.

**ANSWER:**

**Not applicable.**

12.  State all facts upon which you base the allegations of Paragraph 8 of the complaint.

**ANSWER:**

**Through knowledge and belief being a long-standing member of the community and neighbor of Mr. Bogdan.**

13.  State all facts upon which you base the allegations obtained in Paragraph 9 of the complaint.

**ANSWER:**

**Please refer to attached Planning and Zoning Commission Public Hearing, dated March 18, 2002. Please note response Section 11.**

14.  State the date(s) and time(s) in which the official(s) of the Town of Haddam requested the plaintiff to keep certain road-working equipment at his house during the winter months, as is alleged in Paragraph 11 of his complaint.

**ANSWER:**

For snow removal season starting November 2001 through March 2002, the Town requested to my husband that both snow removal trucks and the fuel for the trucks be kept on our property. There was no facility in town to obtain diesel fuel. Gilbert got a fuel tank upon the request of the Town Foreman.

15. State all facts upon which you base the allegations of Paragraph 12 of the complaint.

**ANSWER:**

Please refer to attached Planning and Zoning Commission Public Hearing, dated March 18, 2002. Please note response Section 11.

16. State the names and addresses of all the individuals who plaintiff alleges engaged in conduct in which no enforcement action was taken against in regards to Paragraph 13 of the plaintiff's complaint.

**ANSWER:**

Cynthia Williams, Planning and Zoning officer, Town of Haddam
DEP Hasmat, DEP official
Phil Cosgrove, Zoning official, Town of Haddam
TFC Matt Raymond, TFC William Longidice

17. State all facts upon which you base the allegations of Paragraph 14 of the complaint.

**ANSWER:**

Please refer to attached Planning and Zoning Commission Public Hearing, dated March 18, 2002. Please note response Section 1, and May 2002 Haddam Bulletin.

18. State the date and name of all officials who the plaintiff alleges insisted that he install and maintain a diesel fuel tank at his residence as is described in Paragraph 15 of his complaint.

**ANSWER:**

Phil Geoff, Town of Haddam, Road Foreman. At this time there was no facility to obtain diesel fuel. In previous years the Town provided fuel.

19.   State all facts upon which you base the allegations of Paragraph 17 of the complaint.

**ANSWER:**

**We have lost income from contracts we previously had with the Town; we have experienced fear and great anxiety for our family.**

20.   State all the facts upon which you base the allegations of Paragraph 18 of the complaint.

**ANSWER:**

**Upon Mr. Bogdan's information the Town filed a Cease and Desist order.**

21.   State all the facts upon which you base the allegations of Paragraph 19 of the complaint.

**ANSWER:**

**The Town requested us to install equipment at our residence and then issued a cease and desist order against us accusing us of regulatory violations because we complied with their request. We were devastated by this action and were caused to lose needed income to care for our family.**

THE PLAINTIFF, SUZANNE MADORE

By _____
NORMAN A. PATTIS
Federal Bar No. ct13120
JOHN R. WILLIAMS
Federal Bar No. ct00215
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510
(203) 562-9931
Her Attorney

## CERTIFICATION

This is to certify that on this 19th day of March, 2003, a copy of the foregoing Interrogatories and Requests for Production was mailed, postage prepaid, to:

Thomas P. Cella, Esq.
Howard, Kohn Sprague & Fitzgerald, LLP
237 Buckingham Street
P.O. Box 261798
Hartford, CT 06126-1798

William J. Melley, Esq.
Kenny, Brimmer, Melley & Mahoney
5 Grand Street
Hartford, CT 06106

_____
NORMAN A. PATTIS