CT/cvjysel (January 18, 2002)

HONORABLE __HALL__
DEPUTY CLERK __BORSKEY__  RPTR/ERO/TAPE __FINKELSTEIN__

TOTAL TIME: ___ hours __5__ minutes

DATE __12-9-03__    START TIME __9:40__    END TIME __9:45__
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

__MADORE__

vs.

__BONDI__

CIVIL NO. __3:02CV1519JCH__
§
§                                __E. BROOKS__
§                                Plaintiffs Counsel
§    ☐ SEE ATTACHED CALENDAR FOR COUNSEL
§                                __T. CELLA__
§                                Defendants Counsel
                                 __WM MELLEY__

### CIVIL JURY SELECTION/CALENDAR CALL

☑ ........  ☑ (call./h) Call of the Calendar held   ☐ (call./set) Call of the Calendar over to _____
☐ ........  ☐ (jyselect./h) Jury Selection held   ☐ Jury Selection continued until _____
☐ .....#__  Motion _____   ☐ granted ☐ denied ☐ advisement
☐ .....#__  Motion _____   ☐ granted ☐ denied ☐ advisement
☐ .....#__  Motion _____   ☐ granted ☐ denied ☐ advisement
☐ .....#__  Motion _____   ☐ granted ☐ denied ☐ advisement
☐ ........  _____   ☐ filed ☐ docketed
☐ ........  _____   ☐ filed ☐ docketed
☐ ........  _____   ☐ filed ☐ docketed
☐ ........  _____   ☐ filed ☐ docketed
☐ ........  _____ # jurors present
☐ ........  Voir Dire oath administered by Clerk ☐ previously administered by Clerk
☐ ........  Voir Dire by Court
☐ ........  Peremptory challenges exercised (See attached)
☐ ........  Jury of _____ drawn (See attached) ☐ and sworn ☐ Jury Trial commences
☐ ........  Remaining jurors excused
☐ ........  Discovery deadline set for _____
☐ ........  Disposition Motions due _____
☐ ........  Joint trial memorandum due _____
☐ ........  Trial continued until _____ at _____

☐ COPY TO: JURY CLERK