## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

GILBERT MADORE and
SUZANNE MADORE
        Plaintiffs       : CIVIL ACTION NO.:
                              3 02 CV1519JCH

VS.

TONY BONDI, CYNTHIA WILLIAMS,
TOWN OF HADDAM AND RAY BOGDAN
        Defendants     : JANUARY 12, 2004

## MOTION TO WITHDRAW APPEARANCE

The undersigned counsel hereby moves to withdraw his appearance on behalf of the Defendants, TONY BONDI, CYNTHIA WILLIAMS, & TOWN OF HADDAM. The undersigned had entered an appearance in addition to Attorney Melley's to assist him in representing the aforementioned defendants while both attorneys were members of the firm of Kenny, Brimmer, Melley & Mahoney. Attorney Melley has since left the firm to establish the Law Offices of William J. Melley III. Attorney Melley continues to be solely responsible for the representation of said defendants.

WHEREFORE, the undersigned counsel prays that this Motion to Withdraw is granted.

DEFENDANTS TONY BONDI, CYNTHIA
WILLIAMS & TOWN OF HADDAM,

By_____
Dennis F. McCarthy
Kenny & Brimmer, LLC
5 Grand Street
Hartford, CT 06106
TEL: (860) 527-4226
FAX: (860) 527-0214
Federal Bar No. CT 04971

ORDER

The foregoing Motion having been heard by the Court it is hereby ordered: GRANTED/DENIED.

BY THE COURT,

_____
Judge/clerk

## CERTIFICATION

This is to hereby certify that a copy of the foregoing was mailed this date to:

Norman A. Pattis, Esquire
Williams and Pattis, LLC
55 Elm Street, Suite 409
New Haven, CT 06510

Keith R. Rudzik, Esquire
Howard, Kohn, Sprague & FitzGerald
237 Buckingham Street
P. O. Box 261798
Hartford, CT 06106

William J. Melley III, Esquire
Law Offices of William J. Melley III
250 Hudson Street
Hartford, CT 06106

Dennis F. McCarthy