UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GILBERT MADORE and<br>SUZANNE MADORE | : | CIVIL ACTION NO. |
| | : | |
| VS. | : | 3:02CV01S19 (JCH) |
| | : | |
| TONY BONDI, CYNTHIA WILLIAMS,<br>TOWN OF HADDAM AND<br>RAY BOGDAN | :<br>:<br>: | FEBRUARY 4, 2003 |

### **PLAINTIFF'S RESPONSES TO DEFENDANT'S INTERROGATORIES**

The Defendant, RAY BOGDAN., represents that certain facts and information which are in issue and would be of assistance in the defense of this action are within the possession, knowledge and/or control of the Plaintiff, GILBERT MADORE, or can be provided with substantially greater facility than could otherwise be obtained by the undersigned and, therefore, the Defendant moves and requests for the following orders directed to the Plaintiff, requiring the Plaintiff to answer the attached Interrogatories and Requests for Production within thirty (30) days of the date hereof.

Said orders shall be deemed to be continuing and Plaintiff shall be required to forward further material and information as requested herein as received.

### **INTERROGATORIES**

1. State your name, other names by which you are known, or have been known, marital status (if married, state maiden name), date of birth, residence, social security number, business address and occupation.

### **ANSWER:**

| | |
|---|---|
| Name: | Gilbert Madore |
| Marital Status: | Married |
| D.O.B.: | ███ |
| Residence: | 109 Nason Road, Higganum, CT 06441 |
| SSN: | ███ |
| ███ | 2 Higby Road, Middletown, CT 06457 |
| Occupation: | Landscaper |

      2.      State the names and addresses of any and all health care providers whom you saw in connection with any injury or condition alleged in the Complaint and the dates on which you saw them.

**ANSWER:**

**None, not applicable.**

      3.      If you are presently under the care of any health care provider for any injury or condition alleged in the Complaint; state the name of said physician(s) and the injury(s) and/or condition( s) for which treatment is being rendered.

**ANSWER:**

**Not applicable.**

      4.      If you were hospitalized as a result of said injuries, state the name and address of all hospitals and dates of admission to and discharge from each.

**ANSWER:**

**Not applicable.**

      5.      State the complete special damages suffered or incurred to date and claimed to be due to the accident or occurrence alleged, <u>listing</u> <u>separately</u> the name and address of the person(s) or organization( s ) to whom each item of expense has been paid or is payable and including, but not limited to, all hospital charges, medical charges, medicines, x-rays, therapy, property damage, lost wages, loss of earning capacity , household help, etc.

**ANSWER:**

**Self-employed landscaper - on numerous occasions unable to work due to many false allegations made about zoning violations and environmental hazards made by defendant Bogan. I then had to meet with State DEP officials and Town of Haddam Zoning Enforcement personnel and Town of Haddam Inland Wetland officials.  Unable to work with contractors in Town of Haddam due to complaints made against me.  Earning potential drastically reduced due to allegations.**

6. State whether you have any diagrams, drawings, sketches or photographs relevant to the subject matter of this action and, if so, please state:

      (a) The date and time on which they were made or taken;

      (b) Who made or took them;

      (c) Who has possession of them now.

**ANSWER:**

**There are photographs and maps of our property. My attorney has them in his possession.**

7. State the name, address and telephone number of each person known to the Plaintiff, or anybody concerning the prosecution of this action, who witnessed the incident or incidents in question.

**ANSWER:**

**TFC William Logidice, Troop F, Westbrook, 399-2100;**
**TFC Matt Raymond, Troop F, Westbrook, 399-2100;**
**Trooper Park, Troop F, Westbrook, 399-2100;**
**DEP Officer Hazmat;**
**Dr. Robins, Saybrook Road, Middletown, 345-8967;**
**Mr. and Mrs. Willy Parker, 106 Nason Road, Higganum, 345-2365;**
**Mr. and Mrs. Tim Morrill, 214 Grapevine Road, Higganum, 345-8369;**
**TFC Peter Digioia, Troop F, Westbrook, 399-2100;**
**Mrs. Ann Riebold, Secretary Building and Health Inspector, Haddam Town Hall, 30 Field Park Drive, Haddam;**
**Ms. Cynthia Williams, Former Employee Town of Haddam, Zoning Enforcement Officer, 30 Filed Park Drive, Haddam;**
**Mike Fo; and**
**Phil Geoff, Town of Haddam, Road Supervisor, 30 Filed Park Drive, Haddam.**

8. If a written or recorded statement obtained from any witnesses to the incident, identify each statement with the name of the witness who made it, the date, and other appropriate descriptions.

**ANSWER:**

**None, not applicable.**

      9.      If the Plaintiff gave any statements concerning this matter, either transcribed, written or otherwise recorded, which was obtained by anyone other than the Plaintiff's attorney, for each such statement, state:

      (a)      The date and time it was made;

      (b)      The name, address and telephone number, occupation, and relationship to the Plaintiff of the person who made or took it;

      (c)      The location where it was made; and

      (d)      The name, address, telephone number, occupation and relationship to the Plaintiff of each other person present when it was made; and

      (e)      The name, address, telephone number and occupation of the person who has custody of it.

**ANSWER:**

**None, not applicable.**

      10.      Please identify each person whom you expect to call as an expert witness at trial by stating:

      (a)      The name, address, and field of expertise.

      (b)      The subject on which such expert(s) is expected to testify.

      (c)      the substance of facts and opinions to which the expert is expected to testify, and,

      (d)      a summary of the grounds for each opinion.

**ANSWER:**

**No expert witnesses are contemplated at this time.**

      11.      State all facts upon which you base the allegations of paragraph 8 of the

Complaint.

**ANSWER:**

**Through knowledge and belief being a long-standing member of the community and neighbor of Mr. Bogdan.**

      12.    State all facts upon which you base the allegations of paragraph 9 of the Complaint.

**ANSWER:**

**Please refer to attached Planning and Zoning Commission Public Hearing, dated March 18, 2002. Please note response Section 11.**

      13.    State all facts upon which you base the allegations of paragraph 14 of the Complaint.

**ANSWER:**

**Please refer to attached Planning and Zoning Commission Public Hearing, dated March 18, 2002.  Please note response Section 1, and May 2002 Haddam Bulletin.**

      14.    State all facts upon which you base the allegations of paragraph 17 of the Complaint.

**ANSWER:**

**We have lost income from contracts we previously had with the Town, we have experienced fear and great anxiety for our family.**

      15.    State all facts upon which you base the allegations of paragraph 18 of the Complaint.

**ANSWER:**

**Upon Mr. Bogdan's information the Town filed a Cease and Desist order.**

      16.    State all facts upon which you base the allegations of paragraph 19 of the Complaint.

**ANSWER:**

**The Town requested us to install equipment at our residence and then issued a cease and desist order against us accusing us of regulatory violations because we complied with their request. We were devastated by this action and were caused to lose needed income to care for our family.**

        THE PLAINTIFF, SUZANNE MADORE

By   _____
    NORMAN A. PATTIS
    Federal Bar No. ct13120
    JOHN R. WILLIAMS
    Federal Bar No. ct00215
    Williams and Pattis, LLC
    51 Elm Street, Suite 409
    New Haven, CT 06510
    (203) 562-9931
    Her Attorney

**CERTIFICATION**

      This is to certify that on this 4th day of February, 2003, a copy of the foregoing Interrogatories and Requests for Production was mailed, postage prepaid, to:

Thomas P. Cella, Esq.
Howard, Kohn Sprague & Fitzgerald, LLP
237 Buckingham Street
P.O. Box 261798
Hartford, CT 06126-1798

William J. Melley, Esq.
Kenny, Brimmer, Melley & Mahoney
5 Grand Street
Hartford, CT 06106

        _____
        NORMAN A. PATTIS

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GILBERT MADORE and<br>SUZANNE MADORE | : <br> : <br> : | CIVIL ACTION NO. |
| VS. | : <br> : | 3:02CV01S19 (JCH) |
| TONY BONDI, CYNTHIA WILLIAMS,<br>TOWN OF HADDAM AND<br>RAY BOGDAN | : <br> : <br> : | FEBRUARY 4, 2003 |

### **PLAINTIFF'S RESPONSES TO DEFENDANT'S REQUESTS FOR PRODUCTION**

Please produce the following:

1. Any and all photographs, diagrams, drawings, sketches, blueprints, depictions, and the like identified in response to the preceding interrogatories.

**Attached.**

2. Any and all statements made by or on behalf of the Plaintiff concerning and/or pertaining to the subject matter of this action, whether written, recorded, or transcribed from recordings.

**None.**

3. Any and all statements made by or on behalf of the Defendant concerning and/or pertaining to the subject matter of this action, whether written, recorded, transcribed from recordings.

**Attached.**

4. Any and all Statements made by or on behalf of any witness, whether written, recorded, or transcribed from recordings.

**None.**

5. Any and all reports concerning and/or pertaining to the subject matter of the Complaint.

**Attached.**

      6.      Any and all health care provider reports, records, documents, memoranda, and the like pertaining the claims alleged in the Complaint.

**None.**

      7.      Written authorization permitting the undersigned or his representative to obtain the medical reports and hospital records of the Plaintiff from each hospital and doctor referred to in the Plaintiff's answers to the foregoing interrogatories. (Authorization provided)

**Not applicable.**

      8.      All documents which support your response to interrogatory 11.

**No documentation exists to my knowledge.**

      9.      All documents which support your response to interrogatory 12.

**Attached.**

      10.      All documents which support your response to interrogatory 13.

**Attached.**

      11.      All documents which support your response to interrogatory 14.

**Documents regarding economic loss to be produced. No medicals.**

      12.      An documents which support your response to interrogatory 15.

**Attached.**

      13.      An documents which support your response to interrogatory 16.

**Please see all documents.**

        THE PLAINTIFF, GILBERT MADORE

By   _____
    JOHN R. WILLIAMS
    Federal Bar No. ct00215
    Williams and Pattis, LLC
    51 Elm Street, Suite 409
    New Haven, CT 06510
    (203) 562-9931
    His Attorney

**CERTIFICATION**

    This is to certify that on this 4th day of February, 2003, a copy of the foregoing Interrogatories and Requests for Production was mailed, postage prepaid, to:

Thomas P. Cella, Esq.
Howard, Kohn Sprague & Fitzgerald, LLP
237 Buckingham Street
P.O. Box 261798
Hartford, CT 06126-1798

William J. Melley, Esq.
Kenny, Brimmer, Melley & Mahoney
5 Grand Street
Hartford, CT 06106

_____
NORMAN A. PATTIS