
RECEIVED

FILED

EXHIBIT "A"
Page 1 of 2

2004 JAN 27 P 3:19

US DISTRICT COURT
BRIDGEPORT

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

GILBERT MADORE and
SUZANNE MOORE
        Plaintiffs

: CIVIL ACTION NO.:
3:02CV 1519 (JCH)

VS.

TONY BONDI, CYNTHIA WILLIAMS,
TOWN OF HADDAM and RAY BOGDAM
        Defendants

: December 29, 2003

## AFFIDAVIT OF TONY BONDI

I, Tony Bondi, hereby give affidavit and state:

1. I am over the age of eighteen years of age and understand the meaning of an oath.

2. Since all of the events alleged in the above-referenced complaint, I have been First Selectman for the Town of Haddam.

3. I am aware of Gilbert Madore and his companion, Suzanne Madore who reside at 109 Nason Road.

4. I am aware that there have been issues with regard to the use of the property.

5. I am aware through complaints of citizens regarding the use of the property at 109 Nason Road, that there have been questions as to whether or not the property is in conformance with the zoning rules and regulations of the Town of Haddam.

EXHIBIT "A"
Page 2 of 2

6. I have spoken to Gilbert Madore in the past, at which time I have offered to assist him with regard to resolving the various issues.

7. I have spoken to Gilbert Madore about being in compliance with zoning rules and regulations.

8. To the extent there have been citizens' complaints, Mr. Madore has been treated no differently from other citizens of the Town of Haddam.

9. When any citizen of the Town of Haddam presents a complaint with regard to the conduct of another citizen or landowner within the Town of Haddam, I believe it is my responsibility to check out said complaint.

10. Every citizen has the right to complain at a public meeting in a time frame designed to accept complaints.

11. Ray Bogdan has not been treated differently from other citizens; i.e. to the extent he made complaints, they were checked out.

12. In my capacity as First Selectman, to the extent we become aware of a violation, we use our best efforts to resolve the issue.

13. I deny that Ray Bogdan influenced my actions.

_____
Tony Bondi

Subscribed and sworn to before me this 29th day of December 2003.

_____
Notary Public/Commissioner of
Superior Court  2-28-08

## CERTIFICATION

This is to hereby certify that a copy of the foregoing was mailed January 23, 2004 to:

Norman A. Pattis, Esquire
Williams and Pattis, LLC
55 Elm Street, Suite 409
New Haven, CT 06510

Thomas P. Cella, Esquire
Howard, Kohn, Sprague & FitzGerald
237 Buckingham Street
P. O. Box 261798
Hartford, CT 06106

_____
William J. Melley III