02cv1519mwd

FILED

2004 JAN 13  P 12: 08

US DISTRICT COURT
BRIDGEPORT CT

### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

GILBERT MADORE and
SUZANNE MADORE
           Plaintiffs            : CIVIL ACTION NO.:
                                       3 02 CV1519JCH

VS.

TONY BONDI, CYNTHIA WILLIAMS,
TOWN OF HADDAM AND RAY BOGDAN
           Defendants        : JANUARY 12, 2004

### MOTION TO WITHDRAW APPEARANCE

The undersigned counsel hereby moves to withdraw his appearance on behalf

of the Defendants, TONY BONDI, CYNTHIA WILLIAMS, & TOWN OF HADDAM.

The undersigned had entered an appearance in addition to Attorney Melley's to assist

him in representing the aforementioned defendants while both attorneys were members

of the firm of Kenny, Brimmer, Melley & Mahoney.  Attorney Melley has since left

the firm to establish the Law Offices of William J. Melley III.  Attorney Melley

continues to be solely responsible for the representation of said defendants.

MOTION GRANTED.

SO ORDERED

2004 JAN 7

US DISTRICT
BRIDGEPORT

KENNY & BRIMMER, LLC • ATTORNEYS AT LAW • FIVE GRAND STREET • HARTFORD, CONNECTICUT • 06106-1505 • JURIS NO. 31232
(860) 527-4226 • FAX #(860) 527-0214