UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
May 13  1:47 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | | |
|---|---|---|
| GILBERT MADORE and SUZANNE MADORE | : | CIVIL ACTION NO. |
| VS. | : | 3:02CV1519 (EBB) |
| TONY BONDI, CYNTHIA WILLIAMS, TOWN OF HADDAM AND RAY BOGDAN | : | MAY 12, 2004 |

### MOTION FOR CONTINUANCE OF TRIAL

The Defendant, Ray Bogdan, hereby moves for a continuance of the trial of this lawsuit. Trial is scheduled to begin on June 15, 2004. The undersigned has had long-standing plans for a vacation beginning on June 17, 2004 and it is anticipated that the trial of this lawsuit will interfere with these plans.

Plaintiff's counsel, Norman Pattis, and co-defendant's counsel, William J. Melley, have no objection to this motion. This is the first motion for continuance of the trial filed by this Defendant.

DEFENDANT, RAY BOGDAN

BY_____
Thomas P. Cella

1

Howard, Kohn, Sprague & FitzGerald
237 Buckingham Street
Hartford, CT 06106
(860) 525-3101
Federal Bar No.:   ct 04298
Juris No. 28160

## CERTIFICATION

     I hereby certify that a copy of the foregoing was mailed postage prepaid on this 12th day of May, 2004 to:

Norman Pattis, Esq.
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

William J. Melley, III
Law Offices of William J. Melley, III
250 Hudson Street
Hartford, CT 06106

BY _____
        Thomas P. Cella

2