UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GILBERT MADORE and<br>SUZANNE MADORE | : | CIVIL ACTION NO. |
| VS. | : | 3:02CV1519 (EBB) |
| TONY BONDI, CYNTHIA WILLIAMS,<br>TOWN OF HADDAM AND RAY BOGDAN | : | MAY 12, 2004 |

## MOTION FOR CONTINUANCE OF TRIAL

The Defendant, Ray Bogdan, hereby moves for a continuance of the trial of this lawsuit. Trial is scheduled to begin on June 15, 2004. The undersigned has had long-standing plans for a vacation beginning on June 17, 2004 and it is anticipated that the trial of this lawsuit will interfere with these plans.

Plaintiff's counsel, Norman Pattis, and co-defendant's counsel, William J. Melley, have no objection to this motion. This is the first motion for continuance of the trial filed by this Defendant.

DEFENDANT, RAY BOGDAN

BY _____
Thomas P. Cella

1