UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
May 27  4 03 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

GILBERT and SUZANNE MADORE, :
        Plaintiffs :
         :
v. : 3:02-CV-1519 (EBB)
         :
TONY BONDI ET AL., :
         :
        Defendants :

## REFERRAL TO MAGISTRATE JUDGE HOLLY B. FITZSIMMONS

___ All purposes except trial, unless the parties consent to trial before the magistrate judge
(orefcs)

___ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

___ To supervise discovery and resolve discovery disputes (orefmisc./dscv)

___ A ruling on the following motions which are currently pending (oref):


_X_ A settlement conference (orefmisc./cnf)


___ A conference to discuss the following: (orefmisc./cnf)

___ Other: (orefmisc./misc)

SO ORDERED this 27 day of May _____, 2004 at New Haven, Connecticut.

ELLEN BREE BURNS, SENIOR JUDGE
UNITED STATES DISTRICT COURT