UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GILBERT MADORE and<br>SUZANNE MADORE | : <br> : <br> : | |
| VS. | : <br> : | NO. 3:02CV1519 (JCH) |
| TONY BONDI,<br>CYNTHIA WILLIAMS,<br>TOWN OF HADDAM and<br>RAY BOGDAN | : <br> : <br> : <br> : | JULY 23, 2004 |

# A P P E A R A N C E

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for the plaintiffs,

Gilbert Madore and Suzanne Madore.

                                              _____
                                              KIM COLEMAN WAISONOVITZ
                                              Williams and Pattis, LLC
                                              51 Elm Street, Suite 409
                                              New Haven, CT 06510
                                              (203) 562-9931
                                              FAX: (203) 776-9494
                                              Federal Bar No. ct25759

                                              Their Attorney

_____

## CERTIFICATION

      On the date above stated, copies hereof were mailed to Thomas P. Cella, Esq., Howard, Kohn, Sprague & FitzGerald, 237 Buckingham Street, Hartford, CT 06106; and William J. Melley, III, Esq., Kenny, Brimmer, Melley & Mahoney, 5 Grand Street, Hartford, CT 06106.


_____
KIM COLEMAN WAISONOVITZ