UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **GILBERT MADORE and** | : | **CIVIL ACTION NO.** |
| **SUZANNE MADORE** | | |
| | | |
| VS. | : | **3:02CV1519 (EBB)** |
| | | |
| **TONY BONDI, CYNTHIA WILLIAMS,** | | |
| **TOWN OF HADDAM AND RAY BOGDAN** | : | **AUGUST 6, 2004** |

## MOTION FOR PERMISSION TO ENGAGE IN ADDITIONAL DISCOVERY

The Defendant, Ray Bogdan, hereby requests permission to engage in additional discovery in order to prepare this case for trial. The Defendant would like to conduct the deposition of a witness by the name of Peter DiGioia who, upon information and belief, has personal knowledge of some of the facts which gave rise to this lawsuit. In addition, Mr. DiGioia, who is not a party to this lawsuit, has been in attendance with the Plaintiffs at two (2) settlement conferences in this case giving rise to the inference that he has information about this case that should be the subject of additional discovery so that the Defendant can be prepared to address that information at the time of trial.

The trial of this lawsuit is not scheduled to begin until November 9, 2004. Plaintiff's counsel objects to this additional discovery. Co-defendant's counsel has no objection.

This is the first request for extension of the discovery deadline filed by this Defendant.

                    DEFENDANT, RAY BOGDAN

BY_____
Thomas P. Cella
Howard, Kohn, Sprague & FitzGerald
237 Buckingham Street
Hartford, CT 06106
(860) 525-3101
Federal Bar No.: ct 04298
Juris No. 28160

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed postage prepaid on this 6th day of August, 2004 to:

Norman Pattis, Esq.
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

William J. Melley, III
Law Offices of William J. Melley, III
250 Hudson Street
Hartford, CT 06106

BY_____
Thomas P. Cella