UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GILBERT MADORE, ET AL

v.   Case No. 3:02CV1519 (EBB)

TONY BONDI

FILED
Oct 4  4 18 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN

REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Joan Glazer Margolis for the following purposes:

\_\_\_\_ All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

\_\_\_\_ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

\_\_\_\_ To supervise discovery and resolve discovery disputes (orefmisc./dscv)

\_\_\_\_ A ruling on the following motions which are currently pending: (orefm.) Doc.# _____

\_X\_ A settlement conference (orefmisc./cnf)

\_\_\_\_ A conference to discuss the following: (orefmisc./cnf) _____

\_\_\_\_ Other: (orefmisc./misc) _____

SO ORDERED this 4th day of October, 2004, at New Haven, Connecticut.

_____
ELLEN BREE BURNS
SENIOR UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)