UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GILBERT MADORE | : | |
| | : | |
| VS. | : | NO. 3:02CV01519(EBB) |
| | : | |
| TONY BONDI, et al. | : | |
| | : | JANUARY 3, 2005 |

## MOTION TO WITHDRAW APPEARANCE

The undersigned respectfully requests permission to withdraw as counsel for the plaintiff in this case. In support hereof, the undersigned represents as follows:

1. I am leaving the firm Williams and Pattis effective January 10, 2005.

2. John R. Williams will continue to represent the plaintiff in this matter.

3. There is no prejudice to the defendant by Attorney Pattis's withdrawal from this action.

THE PLAINTIFF

BY:_____
KIM COLEMAN WAISONOVITZ
Federal Bar No. ct25759
51 Elm Street
New Haven, CT 06510
203/562-9931
FAX: 203/776-9494
E-Mail: napatty1@aol.com
His Attorney

**CERTIFICATION OF SERVICE**

On the date above stated, copies hereof were mailed to:

Dennis Foley McCarthy
Kenny & Brimmer
5 Grand Street
Hartford, CT 06106

Keith R. Rudzik
Howard, Kohn, Sprague & Fitzgerald
237 Buckingham Street
P.O. Box 261798
Hartford, CT 06126-1798

_____
KIM COLEMAN WAISONOVITZ