# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **GILBERT MADORE and**<br>**SUZANNE MADORE** | : | **CIVIL ACTION NO.** |
| **VS.** | : | **3:02CV1519 (EBB)** |
| **TONY BONDI, CYNTHIA WILLIAMS,**<br>**TOWN OF HADDAM AND RAY BOGDAN** | : | **JANUARY 5, 2005** |

## MOTION FOR CONTINUANCE OF TRIAL

The Defendant, Ray Bogdan, hereby moves for a continuance of the trial of this lawsuit.   Trial is scheduled to begin on January 11, 2005.   The undersigned has <u>two</u> other trials scheduled to commence on January 11, 2005.  The matter <u>Roy v. Hahn, et al</u>, Docket No.: CV-03-0080986S is pending in Rockville Superior Court and <u>Wojcik v. Keech,</u> Docket No.: CV-02-0067933S is pending in the Putnam Superior Court.

HOWARD, KOHN SPRAGUE & FITZGERALD, LLP • ATTORNEYS-AT-LAW
237 BUCKINGHAM STREET • P.O. BOX 261798 • HARTFORD, CT 06126-1798 • (860) 525-3101 • JURIS NO. 28160

Co-defendant's counsel, William J. Melley, has no objection to this motion. Plaintiff's counsel did not respond to our request for a continuance.

DEFENDANT, RAY BOGDAN

BY
Thomas P. Cella
Howard, Kohn, Sprague & FitzGerald
237 Buckingham Street
Hartford, CT 06106
(860) 525-3101
Federal Bar No.: ct 04298
Juris No. 28160

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed postage prepaid on this 5th day of January, 2005 to:

Norman Pattis, Esq.
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

William J. Melley, III
Law Offices of William J. Melley, III
250 Hudson Street
Hartford, CT 06106

BY
Thomas P. Cella

2