UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GILBERT MADORE and | : | |
| SUZANNE MADORE | : | |
| | : | |
| VS. | : | NO. 3:02CV1519(EBB) |
| | : | |
| TONY BONDI, | : | |
| CYNTHIA WILLIAMS, | : | |
| TOWN OF HADDAM and | : | |
| RAY BOGDAN | : | FEBRUARY 26, 2005 |

## MOTION FOR PROTECTIVE ORDER

Plaintiffs respectfully move for a protective order precluding the defendant Bogdan from deposing the plaintiff's witness Peter Digioia. In support of this motion, the plaintiffs represent that:

1. Discovery in this case closed long ago.

2. This case is scheduled for trial in the immediate future.

3. Defendant Bogdan, without permission of the court and without even consulting counsel for the plaintiffs, has served a deposition subpoena upon the plaintiffs' witness Trooper Peter Digioia of the Connecticut State Police, commanding him to appear in Hartford for a deposition on March 7, 2005.

4. The service of said subpoena and deposition notice are contemptuous of the orders of this court and constitute a gross abuse of discovery.

THE PLAINTIFFS

BY:_____
      JOHN R. WILLIAMS
      Federal Bar No. ct00215
      51 Elm Street
      New Haven, CT 06510
      203/562-9931
      FAX: 203/776-9494
      E-Mail: jrw@johnrwilliams.com
      Their Attorney

CERTIFICATION OF SERVICE

On the date above stated, copies hereof were mailed to Thomas P. Cella, Esq., Howard, Kohn, Sprague & FitzGerald, 237 Buckingham Street, Hartford, CT 06106; and William J. Melley, III, Esq., Kenny, Brimmer, Melley & Mahoney, 5 Grand Street, Hartford, CT 06106.

_____
JOHN R. WILLIAMS