## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

GILBERT MADORE and
SUZANNE MADORE
              Plaintiffs           : CIVIL ACTION NO.:
                                                         3 02 CV151EEB

VS.

TONY BONDI, CYNTHIA WILLIAMS,
TOWN OF HADDAM AND RAY BOGDAN
              Defendants      : March 8, 2005

### REQUEST TO CHARGE FIRST AMENDMENT CONSTITUTIONAL CLAIM

       The municipal defendants, that is, Mr. Bondi, Ms. Williams, and the Town of Haddam, have presented evidence that the only action they took in conjunction with Mr. Bogdan was to allow him to speak at certain town meetings, and offices, and then to investigate the claims he made. The municipal defendants claim that anything less on their part would have violated the First Amendment to the Constitution of the United States. The part of the First Amendment that concerns the defendants reads: "Congress shall make no law … abridging the freedom of speech … and to petition the Government for a redress of grievances." The municipal defendants claim that they did no more than that. Mr. Bogdan had a right to speak at a public forum.

Mr. Bogdan had a right to ask the town government to take action against a perceived problem.

> "The right to freedom of speech is the cornerstone of the American system of government. Our democracy requires full, open and robust debate without fear of punishment to survive and prosper. Only by the free exchange of information and ideas can Americans and their elected legislators hope to make reasoned, logical and wise decisions."

Kucinich v. Forbes, 432 F.Supp. 1101, 1111 (D.C.Ohio 1977).

"In order to insure that freedom of expression is given the breathing space it needs to survive, controversial and even onerous forms of expression are given protection." Id. Mr. Bogdan had a right to speak and petition the government even if his motives weren't entirely pure. "Overtly biased citizens who write letters, speak up at public meetings, or even express their prejudices in private meetings with public officials without formulating a joint plan of action are not 'conspiring' with those officials in a way that subjects them to § 1983 liability." Scott v. Greenville County, 716 F.2d 1409, 1424 (C.A.S.C.,1983). In the modern political world, town officials are expected to meet with citizens or groups who have their own agenda in order to gather information that bears on their consideration of local laws. Bruce v. Riddle, 631 F.2d 272, 280 (C.A.S.C., 1980).

2

If you find that the municipal defendants were abiding by the First Amendment of the Constitution when they allowed Mr. Bogdan to speak at town meetings, and when they investigated and took action upon Mr. Bogdan's complaints, then you must find the municipal defendants are not liable to the plaintiffs.

DEFENDANTS TONY BONDI, CYNTHIA WILLIAMS AND TOWN OF HADDAM,

By_____
William J. Melley III
250 Hudson Street
Hartford, CT 06106
phone:  (860) 247-9933
fax:  (860) 247-9944
Fed. Bar No.:  06355

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was hand-delivered on this date to:

John Williams, Esquire
Law offices of John Williams
55 Elm Street, Suite 409
New Haven, CT 06510

Thomas P. Cella, Esquire
Christopher M. Harrington, Esquire
Howard, Kohn, Sprague & FitzGerald
237 Buckingham Street
P. O. Box 261798
Hartford, CT  06106

_____
William J. Melley III