# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

Madox, et al
v.
Bondi, et al.

CASE NUMBER: 3:02CV1519(EBB)

*United States District Court*
*District of Connecticut*
*FILED AT NEW HA[VEN]*
*3/8 2005*
*Kevin F. Rowe, Clerk.*
*By M. Ruocco*
*Deputy Clerk*

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

___3/8/05___
**Date**

___CT 21266___
**Connecticut Federal Bar Number**

___(203) 562-9931___
**Telephone Number**

___(203) 776-9494___
**Fax Number**

___jmedy@johnrwilliams.com___
**E-mail address**

___[signature]___
**Signature**

___Joseph M. Medy___
**Print Clearly or Type Name**

___51 Elm St., #409___
**Address**

___New Haven, CT 06514___

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

___[signature]___
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24