United States District Court
District of Connecticut
FILED AT    NEW HAVEN

3/8                    2005
Kevin F. Rowe, Clerk

By M. Ruocco
Deputy Clerk

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| GILBERT MADORE and SUZANNE MADORE | : |
| VS. | : NO. 3:02CV1519(EBB) |
| TONY BONDI, CYNTHIA WILLIAMS, TOWN OF HADDAM and RAY BOGDAN | : MARCH 7, 2005 |

## PLAINTIFFS' PROPOSED VOIR DIRE QUESTIONS

1. This is a lawsuit for civil rights violations brought by a citizen against a municipality, two municipal officials and a private citizen who is alleged to have acted jointly with the municipal officials. Is there any reason why you would have difficulty being completely neutral and fair in deciding this case if you are chosen to serve on the jury?

2. Is there anyone here who would prefer not to sit on a jury concerning a case of this kind?

3. Does anyone here feel for any reason that citizens who believe that they have been treated illegally and unfairly should not bring suit against town officers? If so, please explain.

1

4. Have you or anyone close to you ever been employed by any law enforcement agency in any capacity? If so, please explain.

5. Have you or anyone close to you ever been employed by any municipality in the State of Connecticut?

6. Has anyone here or anyone close to you ever been employed by any other Governmental unit in the State of Connecticut or elsewhere?

7. Do you know or have you read anything or heard anything about this case, the plaintiffs or the defendants or any of the lawyers involved in the case?

8. Has anyone here ever served as an appointed or elected official of state, city or local Government?

9. Has anyone here or anyone close to you ever been involved in any political campaigns or elections in the State of Connecticut?

10. Has anyone here or any close to you ever been employed by an attorney?

11. Would you for any reason tend to favor one side or the other in this case or in regard to the evidence which may be presented?

12. Other things being equal, would you tend to trust or believe the testimony of a government officer more or less than that of an ordinary citizen merely because the testimony came from a political official?

4. Have you or anyone close to you ever been employed by any law enforcement agency in any capacity? If so, please explain.

5. Have you or anyone close to you ever been employed by any municipality in the State of Connecticut?

6. Has anyone here or anyone close to you ever been employed by any other Governmental unit in the State of Connecticut or elsewhere?

7. Do you know or have you read anything or heard anything about this case, the plaintiffs or the defendants or any of the lawyers involved in the case?

8. Has anyone here ever served as an appointed or elected official of state, city or local Government?

9. Has anyone here or anyone close to you ever been involved in any political campaigns or elections in the State of Connecticut?

10. Has anyone here or any close to you ever been employed by an attorney?

11. Would you for any reason tend to favor one side or the other in this case or in regard to the evidence which may be presented?

12. Other things being equal, would you tend to trust or believe the testimony of a government officer more or less than that of an ordinary citizen merely because the testimony came from a political official?

13. Have you, or has anyone close to you, ever been a party to a lawsuit? If so, please explain.

14. Where are you employed?

15. If you are married, is your spouse connected in any way with any municipal or state governmental agency?

THE PLAINTIFFS

BY: _____
JOHN R. WILLIAMS (ct00215)
51 Elm Street
New Haven, CT 06510
203/562-9931
FAX: 203/776-9494
E-Mail: jrw@johnrwilliams.com
Their Attorney

CERTIFICATION OF SERVICE

On the date above stated, copies hereof were mailed or faxed to Thomas P. Cella, Esq., Howard, Kohn, Sprague & FitzGerald, 237 Buckingham Street, Hartford, CT 06106; and William J. Melley, III, Esq., Kenny, Brimmer, Melley & Mahoney, 250 Hudson Street, Hartford, CT 06106.

_____
JOHN R. WILLIAMS