FILED

2005 MAR -4 P 1:15

U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GILBERT MADORE and SUZANNE MADORE | : | CIVIL ACTION NO. |
| v. | : | 3:02CV01519 (EBB) |
| TONY BONDI, CYNTHIA WILLIAMS, TOWN OF HADDAM and RAY BOGDAN | : | March 3, 2005 |

## APPEARANCE

TO:   Clerk, U.S. District Court
      141 Church Street
      New Haven, Connecticut 06510

Please enter the Appearance of CHRISTOPHER M. HARRINGTON of the law firm of Howard, Kohn, Sprague & FitzGerald, 237 Buckingham Street, Hartford, Connecticut 06106; Federal Bar No. ct16851; 860-525-3101, email address: CMH@HKSFLAW.Com, as an additional Attorney for the defendant Ray Bogdan in the above-captioned matter.

Respectfully Submitted,
Defendant,
RAY BOGDAN

By_____
Christopher M. Harrington, Esq.
Howard, Kohn, Sprague & FitzGerald
237 Buckingham Street
Hartford, CT 06106
Fed Bar No: CT16851
(860) 525-3101
email address: Cmh@hksflaw.com

## CERTIFICATION

    I hereby certify a copy of the foregoing was mailed on March 3, 2005, via U.S. Mail, postage prepaid, to the following counsel of record:

John Williams, Esq.
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

William J. Melley, III
Law Offices of William J. Melley, III
250 Hudson Street
Hartford, CT 06106

Christopher M. Harrington, Esq.