FILED

2005 MAR -7 P 12: 57

U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GILBERT MADORE and SUZANNE MADORE<br>Plaintiffs | : | CIVIL ACTION NO. |
| v. | : | 3:02CV01519 (EBB) |
| TONY BONDI, CYNTHIA WILLIAMS, TOWN OF HADDAM and RAY BOGDAN<br>Defendants | : | March 3, 2005 |

## DEFENDANT RAY BOGDAN'S
## PROPOSED VOIR DIRE QUESTIONS

1. Does anyone know any of the parties, witnesses or lawyers involved in this case?

2. Has anyone ever had a property dispute with a neighbor?

3. Has anyone ever had negative or unpleasant experience with a neighbor over what a neighbor was doing on their property?

4. Has anyone ever had to make a complaint to a local zoning board or been the subject of a zoning investigation or hearing?

5. Has anyone ever had to sue a neighbor or has anyone ever been sued by a neighbor over a property dispute?

6. Does anyone have any negative feelings about local Town or governmental officials?

7. Has anyone ever had a bad or negative experience with local Town or governmental officials?

8. Does anyone feel that a property owner should just ignore what other property owners are doing on their property even though the activity may have a negative impact on the area or their own property and not report such activities to local Town officials?

9. Does anyone feel that simply because one property owner makes a complaint about another property owner to local Town officials and takes pictures of the activity which is the subject of the complaint, that the complaining property owner has done something wrong or violated the other property owner's constitutional rights?

10. Does anyone feel that simply because a property owner makes a complaint about another property owners' activities, that the complaining property owner has entered into a conspiracy with Town officials?

11. Does anyone feel that local governmental officials have no business or right to interfere with what a property owner does on his property?

12. Does anyone own or work for a landscaping or snow removal business or company?

2

13. Does anyone own or work for a gravel or sand business?

14. Does anyone believe or think that their constitutional or civil rights have been violated either by another individual or by local governmental officials?

15. Has anyone ever been a party to a civil law suit in either state or federal court?

16. Does anyone believe that just because someone had been sued that they must have done something wrong?

17. Does anyone believe that just because someone has gone to the trouble of hiring a lawyer, bringing a lawsuit and taking a case to trial, that that person should be awarded something for their trouble?

18. Does anyone have any problem with someone who is sued deciding to defend themselves and taking the case to a trial?

19. Will you be able to follow the court's instructions and return a verdict for the defendants if you find that the defendants did not violate the plaintiffs' constitutional rights as defined by the court even though you may believe the plaintiffs suffered some form of injury?

3

20. Will be you able to follow the court's instructions on the issues of law and return a verdict for the defendants if you find that there is no credible evidence that the defendants violated the plaintiffs' constitutional or civil rights as the court defines them for you?

21. If you believe the plaintiffs have not proven each and every element of their case, will you have any difficulty returning a verdict for the defendants?

22. Will you be able to send the plaintiffs away without any recovery if you decide that the plaintiffs did not prove there case or if they did not prove to you that the defendants did anything wrong?

23. Does anyone have any difficulty applying the rule that the plaintiff has the burden to prove that the defendants violated their constitutional or civil rights and that they sustained some injury as a result, and that the defendants do not have to prove they did not violate the plaintiffs rights?

24. Will you agree to listen to all the evidence presented by both sides before making any decision in this case?

25. Will you be able to follow the rule that damage awards must be fair, just and reasonable in amount and should not punish a party?

26. Is there anyone who would like to discuss any issues privately with me which might have some bearing on your ability to serve on this jury?

4

27. Does anyone have any travel or work commitments which might interfere with your ability to either serve on this jury or to concentrate on the case if you are selected to be on the jury?

28. Does anyone have any medical conditions that might make it difficult for you to serve on this jury?

29. Does anyone have any financial constraints or issues which would make it difficult to serve on this jury.

30. As of today, have you formed any opinions about this case?

31. Does anyone have a particular reason why they should be excluded from serving on this jury?

DEFENDANT
RAY BOGDAN

By_____
Christopher M. Harrington, Esq.
Federal Bar No.: ct 16851
Thomas P. Cella, Esq.
Federal Bar No.: ct 04298
Howard, Kohn, Sprague & FitzGerald
237 Buckingham Street
Hartford, CT 06106
(860) 525-3101; Juris No. 28160
His attorneys

5

## CERTIFICATION

I hereby certify that on March 4, 2005 a copy of the foregoing was mailed via U.S. Mail, postage prepaid, as well as by fax transmission to:

John Williams, Esq.
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

William J. Melley, III
Law Offices of William J. Melley, III
250 Hudson Street
Hartford, CT 06106

By_____
Christopher M. Harrington, Esq.

HOWARD, KOHN SPRAGUE & FITZGERALD, LLP • ATTORNEYS-AT-LAW
237 BUCKINGHAM STREET • P.O. BOX 261798 • HARTFORD, CT 06126-1798 • (860) 525-3101 • JURIS NO. 28160