UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
GILBERT MADORE                  :
SUZANNE MADORE

   V.                           :      Civil No: 3:02CV 1519EBB
TONY BONDI
CYNTHIA WILLIAMS
TOWN OF HADDAM
RAY BOGDAN                      :
```

<u>JUDGMENT</u>

Notice having been sent to counsel of record on March 23, 2005, pursuant to Local Rule 41(b), indicating that the above-entitled case would be dismissed if closing papers were not filed on or before April 8, 2005,

No closing papers having been received and no requests for continuance having been received, it is hereby,

ORDERED that the complaint on file herein, be and hereby is, dismissed pursuant to Local Rule 41(b), without costs to any party and without prejudice to the right of any party thereto to move within 30 days hereof, upon good cause shown, to reopen the case if the settlement has not been consummated.

Dated at New Haven, Connecticut: May 9, 2005

KEVIN F. ROWE, Clerk

By _____/s/_____
    Betty J. Torday
    Deputy Clerk

EOD_____